SC:SJM
F. #2012R00604

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JAMES ABADIE,

         Defendant.

- - - - - - - - - - - - - - - - -X

O R D E R

12 CR 274 (ARR)

Upon the application of LORETTA E. LYNCH, United States Attorney for the

Eastern District of New York, by Assistant United States Attorney Sarah Coyne, and

after review of the transcript of the guilty plea of the defendant JAMES ABADIE on April

24, 2012, before United States Magistrate Judge Lois Bloom, Eastern District of New

York, I hereby adopt the recommendation of United States Magistrate Judge Bloom and

accept the defendant JAMES ABADIE's plea of guilty to the single count in the above-

captioned information as the plea was made knowingly and voluntarily and there is a

factual basis for the plea.
Dated:Brooklyn, New York
       , 2012

s/ Judge Allyne R. Ross

THE HONORABLE ALLYNE R. ROSS
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK