UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA,

                    Plaintiff,

              Docket No. 12-Cr-274-01(ARR)

      v.

JAMES ABADIE,

                    Defendant.

-------------------------------------------------------------X

*EXHIBIT  A*


*LETTERS SUBMITTED TO*
*HONORABLE  ALLYNE R.  ROSS*
*IN SUPPORT  OF  DEFENDANT  JAMES ABADIE*

James Abadie
47 Easthill Road
Cortlandt Manor, New York 10567

October 17, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

RE: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross:

Since my earliest memories of my Father and Mother, I learned you must work hard in whatever field you choose and respect your fellow man. You can succeed if your innate abilities and acquired skills fit your job, but you have to work hard and be fair. I have been truly fortunate to have found and love an industry where my abilities and skills served the needs of my clients and community. I have always been proud of my reputation for honesty, hard work and helping the people I have met in my life and at work. Devastatingly, by participating in a prior, ongoing industry practice of paying laborers for more hours than they actually worked, I have contributed to blackening the reputations both of an industry I have worked continuously to improve and myself.

Although the name of the company may have changed, I worked for the same organization for over twenty-five years and earned every position I was promoted to. In addition, I spent years running and attending meetings of different trade associations and charities to help make the construction industry one that we all can be proud to be associated with. My goals were to take care of our clients and mentor all those I came across because we can make us all better. In my Allocution I have accepted responsibility for an ongoing practice while I was running the New York office that I understand was wrong.

Your Honor, please allow me to use this painfully acquired knowledge to be an even stronger advocate for the industry and mentor people to understand the ramifications of their actions and that NOTHING can be accepted as past practice if it is not right. This process has been very excruciating for me, my family and colleagues who have supported me through the years. As you can see in my letters of support, this offense is an aberration in my career. I truly believe I can work with the industry and make it better if given the chance. I thank you in advance for your consideration in this matter.

Sincerely,

James Abadie

Andrew Abadie
47 East Hill Rd
Cortlandt Manor, NY 10567
10/4/2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Re: United States v. James Abadie

Case no. 12-274 (ARR)

Dear Judge Ross,

This is a letter regarding James Abadie who is my father. I will tell you about my relationship with this man, what he has taught me, and how people closest to him value the man that he is.

I am Jim's second born son and I'm 25 years old. I've been in awe of this man since the day he first held me in his arms. Starting in childhood, I knew that I would always be taken care of. Not only that, I knew that I would be loved, cherished, missed, and celebrated for as long as the powers that be allowed my father to be with me. I have always known him to be the hardest of workers. He grew up in a family that offered him mostly love growing up, and not much else. He started his life by working his way through college and earning a degree that would help him get started on a career. Without hesitation he quickly hunted down a job that he felt was right for him. Since that day he has never looked back and advanced not only himself, but the field in which he works. I never got to personally see my father's typical work day and what he went through, but I could always tell that when he got back home he had put all of what he had into that day. He has always been smart about the money that he makes. My father has always preached to us about saving money and putting away for the future. Another value that he pressed on us is integrity and that a man is only as good as what his actions can tell you. We have shared so many memories together and I just could not have asked for a more fulfilling upbringing. I love my father with a deep and endless love because of not only what he has done for me, but for who he is. I always felt that when I grew up I hoped to be at least half of the man that my father is.

Anyone that knows my father well would not debate the previous paragraph. There have been countless people in my father's life that have looked up to him and respected him. I can't even imagine how much the construction industry in New York attributes to my father, and how many people that have learned from him. Doing the job right is what he would teach them, and carrying it out in a professional manner. I work in construction as a laborer and I often run into people that know him and tell me how Jim

has helped them in one way or the other. They speak only highly of him and firmly shake my hand which tells me that they are truly glad to meet me. Jim has helped all kinds of people, all the while not minding himself until the day was through and he had done all that he could.

I can tell you that this entire investigation and criminal charging has really put a damper on this family, and Jim especially. He has done nothing but pour his heart and soul into the construction industry to make a difference in the world, and support his family. He has done nothing but work his entire life trying to leave his mark on this world and this case has the possibility of blackening his name. He has never profited from anything but his own hard work. It pains me everyday to see the man I have respected and loved for 25 years bear the weight of this case. I hope that you can see this not only from my letter, but from all the other people that support Jim as he goes through this.

Respectfully,

Bonnie Abadie
47 East Hill Rd
Cortlandt Manor, NY 10567
September 25, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

RE: United States v. James Abadie

Case No. 12-274(ARR)

Dear Judge Ross:

It is so hard to write a letter about a man you love and respect that is
suffering. Jim Abadie is my husband and we have been married for over
31 years. I would like to share a few moments with you about the man I
married. Jim was the 11th person hired in May 1980 by Lehrer McGovern.
We got engaged in September 1980. He couldn't afford a ring at the
time but after saving $500.00 from his paychecks, he surprised me with
a ring in the toe of a stocking at Christmas which I wear to this day. I never
wanted another ring or another life. When we bought our wedding bands,
we were so excited and naive, we mistakenly had the jeweler engrave "To
Bonnie *From* Jim" and "To Jim *From* Bonnie". Guess we didn't need the
word "love" to remind us of our commitment to each other.

Jim and I paid for our own wedding. It was small, simple and in Syracuse,
New York, where I was born and raised. We needed to borrow money from
his Uncle to offset the remainder costs of our wedding. His Uncle Frank
wrote the check for us at the end of our reception. That night we went back
to my parent's house and opened the gifts we received. We immediately
wrote the check back to Uncle Frank and had $300.00 left to take a ride
through the Adirondacks for three days for our honeymoon. Our form of

entertainment was running across the room, jumping on the bed and laughing to the sounds of the whoopie cushion I planted in between the mattress. We have always been simple down to earth people. We started our life together debt free but we were also penniless. We slept on a mattress for the first three years of our marriage and never bought anything unless we could pay for it in full at the end of the month. Whatever salary Jim earned through the years he worked hard for and we lived within our means. He set up accounts for our children and made sure we were taken care of. My point being, Jim has always been responsible and never spent money we didn't have and never took a dime he didn't earn.

There is a quote which describes Jim that Peter Lehrer inscribed in a book, titled "The Rackets1" by Thomas Kelly, that reads, 'To Jim, The person who believes in doing the right thing, the right way, all the time.' Peter wrote that August 8, 2001. One month before Sept. 11, 2001.

Jim is a first responder and that comes natural to him. He doesn't panic but assesses the situation and acts accordingly without hesitation. He's extremely knowledgeable in his trade and has had 30 years experience in all aspects of the construction industry.

Your Honor, Jim is not perfect, as we all know, no one is. My heart is broken that he is considered a felon. He would never intentionally do something that wasn't right. It's not his nature and it's not his heart. He's a good man who has led an exceptional life by living what he preaches. This is the man I married. I know Jim loves me with all his heart. Even though I don't look it, he tells me he sees the girl he met 32 years ago and a day doesn't go by that I don't get a hug and hear, "I love you". He's my partner, friend and helper. He's not afraid to do dishes, wash floors, do laundry, and he never hesitated to change a diaper no matter how gross. He makes a mean sauce and cooks breakfast on Sunday for all of us. His Dad taught him that you have to be able to put your head on your pillow at night and know you've done the right thing by your God, your family and humanity.

My wish for you is that you would have many Jim's in your life but I hope you are blessed with having at least one. I pray that you will have mercy for Jim as you hold our families life in your hands. Thank you for taking the time to read my letter as well as all the others that have come across your desk.

Respectfully,

Bonnie Abadie

Jason Abadie
324 E 77th St.
New York, NY 10075
9/10/2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re:  United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross,

      I am writing to you today on behalf of James Abadie.  I assure you that what I share with you today are stories and information about a good man who is not just a man I worked with but a man who is my father.

      I am 27 years old and had the pleasure of being Jim's son for 27 years.  In that time he has taught me pretty much everything I know and everything I stand for.  Like every father-son relationship we have had our moments of triumph and frustration together, as would be with 2 headstrong individuals.  From an early age my father was a family man.  He constantly encouraged us as a family to treat each other with respect and to love each other wholly and unconditionally.  These values have been tested many times in our house, however we have stayed true to his teachings and as a family unit we are strong.  He is a glue that holds our family and extended family together.  He encourages us to stay in contact, call each other on our respective birthdays and get together as often as we can.  He always holds true to his promises.  In fact in our house you were not allowed to swear by anything or say "I promise."  Your yes was a yes and your no was a no.  Period.  We were taught to respect others as you would want to be treated.  As children and into our adolescence my father was always around, making sure that he invested his time fairly with work but not to interrupt the developing stages of his children and family.  On weekends when we weren't running around to soccer matches or football practices we were doing work with him around the house.  We would "help" him work on the lawn, or clean the bathrooms, or stain the deck.  He is a very patient man with a warming non-tortuous way of teaching.  His ideas are his own.  He has worked hard for everything he has in his life.  He never took the easy way; he was always challenging himself and the others around him to do better and unleash full potential, not only at work but at his home.

      My father grew up in Queens with his 2 sisters and brother, his mother who is with us today and his father whom I never had the chance to meet.  It is with this man, Michael Abadie who passed his teachings down through my father to me.  My grandfather worked as a craftsmen for a jeweler and

created some beautiful pieces. From the stories I have heard about him, he was one of the most honorable, honest men you could come across. From jumping out of a shot down B-24 over Hungary during WWII and being imprisoned in a camp for 9 months, to losing arguments with his wife about dinner he taught my father everything he knew about being an honest upstanding human being . My father takes with him all the traits of this most humble man.

I started working for Bovis Lend Lease in 2007. I was no stranger to the industry being that my father made friends with most everyone that came into contact with him and we would have family get-togethers. Knowing who he was at home and the reputation I thought I knew of him, I believed I knew what to expect around the office. However when I started working it was clear that I had just touched the surface of his impact on the company and the industry. I found that he is affectionately known as Jimmy by all the people that work with him. His presence did not instill fear in people, rather a comforting feeling that we were all in this together and that he was not above anyone. His humbleness and integrity seemed to shine. I was at points jealous realizing that the same knowledge and values he had been teaching me over the years was also being shared with the people he worked with . His secretary at the time I started and for countless years before was an older Italian woman who thought of him as her son. I would hear her answering phone calls and it seemed as if she judged each person who called and if she felt that the phone call would cause my father stress she would either give the caller a mouthful or tell them he was busy! "That's my Jimmy in there and don't you bother him!" She was constantly trying to deflect stress from him as he carried the weight of so many people's problems on his back. He helped so many in the office and the field. He was known for his upstanding character and trustworthiness. His wealth of knowledge is a true testament to his desire to do his best work. He had a saying that has stuck with me throughout the years and with many others; "Do the right thing, all the time" and you can't go wrong. This played out in how he handled every decision.

He turned the lights on in his office every morning for years and often turned them off . He truly is a great leader. People constantly would come up to me and express with the utmost sincerity of how awesome my father is and share with me a story about how he had affected their life. I was bombarded with so many stories of his good nature . His heart is bigger than life. Grown men (some of whom scary looking) would express their feelings about him and use words like, love, compassionate, understanding, loyal, honorable. Every story was followed by the same phrase said in one way or another, "I love your Father." I worked with a Superintendent who met my father out west . My father had liked him and his work ethic and offered him a job in New York. This man had trouble coming over with his family and securing a place to live. He was worried about his personal and work life. He approached my father and my father helped him find a temporary and soon a permanent living situation on his own time that accommodated this man. My father rarely forgot a name. He knew who people were and treated them like human beings should be treated, with respect and understanding. So many over the years came to him for advice and maybe a problem that was affecting their life. My father constantly went out of his way to help in whatever capacity he could. He stood up for everyone who was doing the right thing. The men and women in his life were loyal to him and took his word for truth because they all knew he would never steer them down the wrong path. He would never deceive or misguide them. That was his way and that is still his way.

Jim, my father started working for Lehrer McGovern in the early 80's right out of college. It was by chance he landed where he did. His superior at the time was a man by the name Peter Lehrer who would eventually praise and torment my dad. One of my father's first jobs is one of his more memorable. It would launch his career with Lehrer McGovern and set the standard for how he runs business. He was put in charge of finishing a lobby for a client. Peter came down to the site frantic and asked my father why it hadn't been completed. My father told him that time was needed to ensure that the outcome of the job was what the client wanted. Peter told my father that if the lobby was not painted in 2 days that he would fire my dad. My dad went back about his work trying to figure a way to complete the job per Peter's request. He ultimately decided that doing the job correctly for the owner and fulfilling the needs of the client's was worth taking the risk. So when Peter came to the job and saw it was not finished, my father told him he would not compromise the outcome of the work and paint over wet walls. As furious as Peter was he realized at the time that no one had stood up to him with so much conviction about doing the right thing and to the benefit of all my father kept his job and started a reputation of sticking up for your beliefs and doing right by all.

It is said that my father may not be the most eloquent speaker and as prepared for a speech as he might be. It may not go perfectly but my father has a knack for talking to people . He talks from the heart. Many have said that his words are sincere and memorable. They aren't poetic phrases prepared by an ivy league intern , his words are pure and true. He is an absolute role model and will take lead of a situation that most would run from. He will stand up in situations that knock most to the ground.

I was 16 years old in September of 2001 but I remember like it was yesterday. No need for me to remind anyone of it but personally I was scared, scared for everyone there but especially for my father. He was not near the site at the time but before the worst of it ended he was rushed down there to help city officials and a few other brave men in the industry figure out what might happen next and how they were going to move forward with an emergency response. He walked under a building shortly before it fell. He stayed down there for a week straight working with every agency and available volunteer to help get people out. He stood up and helped when most fled. He was on the phone enlisting everyone with a piece of equipment for miles and miles away to head down and started the coordination of one of the largest clean-up recoveries ever . The men who had worked for him in construction now followed him onto a new and dangerous mission to help in every way they could. They followed him to help and because my father was so passionate about it. The people followed him because they trusted him and knew he was the right man for the job. His company through him helped lead the clean-up and recovery. He came home after one week for a short stay to regroup and try and digest what had happened. After staying with us for a day he went back and remained there working tirelessly into each night. He stayed calm and in control through the whole experience . His level head and knowledge of what to do was crucial and essential . I know he helped save lives and do everything in his power to help the city of New York . He has never asked for anything in his life and has never felt he is owed a debt. He lead this mission as many missions before with humility and integrity. He did it because he knew he could help and it is what he was supposed to do.

I like many others love this man. He has never taken a dime that wasn't his or tried to profit from something outside of his duties in life. He never deliberately wronged anyone nor tried to

undermine anyone. He never felt he deserved more than what he was given. His belief was that you work hard, you work honestly and be true to yourself. If you treat yourself with respect and the others around you, your life will be enriched. He can take a serious blow and stand right back up. He is a passionate man who is full of emotion and an energy that is tiring to most. This man, my father is one of the most incredible human beings to walk this earth. His riches lay not in money but in love and admiration. His wealth consists of great relationships with family and friends, things that are most important to him. He is respected and revered by powerful men and women. He has lead his life honestly and will do so the rest of his days. His story is fascinating and full of virtue. I hope that I have given you good cause to see that this man is a good man, a great man. A man that people can look up to and model their lives around. A man I want my children to aspire to be. A man that does the right thing, all the time. This man is my father and I love him.

Respectfully,

Michael J. Abadie
76C Ngo Tat To Street, 1202
Ward 19, Binh Thanh District
Ho Chi Minh City
Socialist Republic of Vietnam

June 14, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818
United States of America

Re: United States vs. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross:

My name is Michael J. Abadie. I am Jimmy's elder brother. I am writing this letter from the
Socialist Republic of Vietnam where I have lived the majority of my adult life. Here on this side
of the world each new day begins exactly 12 hours before it begins in New York. And thus the
afternoon of September 11, 2001 was a normal day for me spent en route to a company
conference to begin that evening on the island of Borneo, Malaysia. I recall arriving at the local
airport in the early evening where I was haunted by the reddest sky I had ever seen thinking as
though the sky itself was on fire. We proceeded to the resort where the conference was being
held, had dinner and retired to the room only to find out when turning on the TV that within the
past hour all of our lives had been changed forever. As I proceeded to watch the events unfold
half a world away live on CNN, Jimmy had already positioned himself near Ground Zero where
he would stay continuously for the next weeks living out of a trailer. He later became the leader
of the effort to clean up the WTC site and brought the job in months ahead of schedule and
hundreds of millions dollars under budget. As a consequence of his exposure to the extreme
levels of toxic dust to which he was exposed he developed cancer requiring radical surgery and
radiation treatment which to this day leaves him in a compromised state of health. As the
sentencing judge I understand that you have sole discretion with regard to sentencing. In this
context, I make you aware of a practice here in Vietnam which you might consider applying in
this case within the bounds of your permitted discretion.

In Vietnam, the individual backgrounds of the subjects of criminal matter together with their
immediately family are given review for what they may have done to help secure and maintain
the liberty of the nation. Had this case been in Vietnam, his case would more than likely have

already been set aside. And if Jimmy's own actions at the critical time of our nation's history in 2001 were not enough on its own merit than I share the legacy of our father Michael Abadie who during the second World War was a crew member on board an American B-24 Liberator which was shot down over enemy territory in September 1944. Our father survived a parachute jump and as interred near Fallingsbostel, Germany at POW camp "Stalag X-1B".

While Jimmy's record with respect to the WTC is already clear, I add that Jimmy was the person who began reading off the names of the victims at the first memorial ceremony held at Ground Zero on September 11, 2002.

As you are presumably aware, Jimmy has already suffered immeasurably from this matter and that given all that he has done and suffered through as a result of his selfless actions and given that which our father had done defending the liberty that all Americans enjoy today then any further consequences to him might be limited to the extent possible and that your sole discretion is most respected. And indeed even Michael Bloomberg said very recently about the first responders that they can be considered nothing short of heroes. Thank you for your most serious consideration of these factors.

Sincerely,

Michael J. Abadie
Michael J. Abadie

Timothy Abadie
47 East Hill RD, Cortlandt Manor, NY, 10567
August 21, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE: United States v. James Abadie<br>
Case No. 12-274 (ARR)

Dear Judge Ross,

    The importance of a "role model" in a young man's life as he matures from childhood to adulthood is absolutely essential in becoming an active member in society. From the first memory of my father up until this present day, I'm constantly reminded of the role model I was blessed to have in my life. My father's responsibility, integrity, and unrelenting desire to always do the right thing have been defining characteristics that majority of the world strongly desires. I've always seen my father as the perfect representation of what a "man" should be and do.

    My father's commitment to his work as well as his family is more than admirable. His ability to build a strong, loving, caring family, while simultaneously running an entire company has been inspirational. To me, my father represents strength and commitment. His work ethic is nearly unmatched, and he has made many personal sacrifices to help his company and coworkers, friends and family.

    My father's primary focus was to build a family based on good values, morals, and most of all, unconditional love. He has selflessly and tirelessly worked for 30 years to support our family, and his motivation is his love for us. He encouraged family by purchasing a house in upstate New York that the family can retreat to on the weekends. Against the will of my brothers and me at first, he would consistently encourage family bonding and family time spent together. As a result of his efforts, and the help of my mother, he built a family the likes of which are rarely seen. The love within the Abadie family is unprecedented and it is the greatest thing I have in my life.

    Though my father has found success financially through his hard work and dedication, it is his non-material achievements that have truly inspired me as well as all who know him. My father is incapable of telling a lie, a trait he does not boast in words, but proves in action. If my father says something, there is no question that he will be there, do that, etc. He is as reliable as the sun, and is trusted by every single person who knows him. He is as well the most selfless man I know.

    September 11, 2001 was a day that changed this country forever. It was as well a day that changed the lives of everyone in our family. My father did not return home from work that night. In fact, he did not return home for nearly three weeks after that Tuesday. He slept in a trailer for maybe an hour or two at a time before returning to the desperate

effort of figuring out the mess and trying to help anybody who may have survived the tragedy. At the impressionable age of 11, I truly saw what kind of man my father is. Pride cannot describe the feelings I have toward my father. He completely committed himself to doing anything in his power to assist in the clean up. When he returned home three weeks later, he entered the house, covered in ash, and looked severely strung out. It was amazing to see my father was alright and finally home. He finished out the weekend at our cabin, then suited up and headed back to NYC, a place my father loves and has always worked hard for. He remained greatly involved in the clean up throughout the entire endeavor, up until the last piece of rubble was recovered.

Through all of the trials and tribulations of my father's life, he persisted through them all, and has always come out successful. My father was not given a hand out. It's not luck, nor him knowing the right people; its insurmountable work ethic, integrity, commitment, honesty, selflessness, and perseverance. My father's sole purpose was to give his family a higher quality of life than he had growing up. He is known by many and loved by all. I have been unbelievably blessed to have a real man like my father to look up to and follow his lead. If every child had the same quality father as I had to look up to, the world would be a better and more loving place. Children would learn to work hard and always do whatever possible to help another person. They would understand that laziness and handouts could make them a burden on society. I love my father, and have undeniable respect for him and what he does. It truly is with great honor that I have the privilege of carrying his name. It is with no shame but excessive pride, that I call myself Timothy "James" Abadie.

Respectfully,
Timothy "James" Abadie

Anna Maria Agressott
961 Ripley Terrace, NE
Palm Bay, Florida 32907

October 13, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

**Re:**     **United States Vs. James Abadie**
**Case No:**   **12-274 (ARR)**

Dear Judge Ross:

My name is Anna Maria Agressott. I am an ex-employee of Bovis Lend Lease, LMB. I provide this reference in knowledge of Mr. Abadie's charge of fraud, after reading and hearing it through the media.

Few men of Mr. Abadie's age have done so much for the construction industry on such a range of important issues – often for no compensation, and at great personal cost.

I have known, Mr. Abadie for approximately twenty five (25) years; as my manager and direct general superintendent at BLL. This charge against him, at once, strikes me as a completely uncharacteristic aberration and one which I believe he is sincerely and completely regrets.

To me, Mr. Abadie has always shown to be a man of integrity, honesty; and constantly striving to make sure he is doing the right thing. He is a community-minded individual who regularly puts the needs of others, before his own – best evidence was when I was promoted from office management to the field management. At the time, I was still attending school; real green behind the ears; but he gave me the opportunity to be one the first female assistant superintendents within the construction industry...not to mention I am Hispanic, and was able to grow within the company.

I also recall the time when BLL was awarded a project down south. I spoke with Mr. Abadie, telling him that most of my immediate family moved to Florida, because my parents were getting up in age. Mr. Abadie, welcome and allowed the opportunity for me to be part of that team; and within two (2) weeks, I headed down south to represent BLL.

Mr. Abadie is, in short, a good person. He has always been kind and generous with others. He has a strong sense of duty, which applies to his family, job and community. This is an incident which he has taken responsibility for and moves on from. I wish him the best in that endeavor so he may continue the positive contribution he makes to our society.

Respectfully,

Anna Maria Agressott .

# Robert J. Ansbro
### 173 Read Ave.
### Crestwood, NY 10707


June 19, 2012


Honorary Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East, Room 915S
Brooklyn, NY 11201-1818

Dear Judge Ross,                    RE:  UNITED STATES v. James Abadie
                                         Case #: 12-274 (ARR)

I am writing this letter in support of Jim Abadie.

I have known Jim for at least 25 years in the business world and have always found him to be of fine, honest and outstanding character with great integrity and high moral standards.

I have worked with Jim as a Board Member of the BTEA and always found his decision-making to be reflective of his character.

Jim has always been supportive of many charities and helpful to me with the Catholics in Construction Organization where I am Chairman.


I also spent personal time with Jim at the BTEA Conferences as well as with the Subcontractor Trade Association where we honored Jim as the Builder of the Year.

I also worked with Jim and his personal support for the Semi-Annual Breakfast with the Catholics in Construction's organization.

I request your consideration on Jim's behalf on this most unfortunate circumstance, in his value to his family and community.


                    Sincerely,


                    Robert J. Ansbro

Mark Balling
38 Highland Ave.
Buffalo, NY 14222

September 28, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, NY 12201-1818

Re: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross:

I've had the honor of working as a peer of Jim Abadie's since 2003, and in that time have come to appreciate the caliber of person that he really is. He was always willing to offer advice on any issue no matter how busy he may have been at the time. Having grown up in a family owned construction business, I was always impressed by Jim's leadership, loyalty and work ethic which reminded me quite a bit of my father. Jim also has a gift for being flexible and sought out a compromise rather than create confrontations.

I've always admired Jim and aspired to be like him. One particular example was how he spent the first seven days at Ground Zero sleeping in a shanty when not coordinating the mass of men and equipment needed to restore calm in the city. It takes a special person to care that much about those he may have never met, and risk his life in the process. He's one of those rare men that can put everything aside and help those in need without thinking twice. This is the man that needs to be remembered in this time of difficulty. The world's a better place with him in it.

Sincerely,

Mark P. Balling

# EXTELL

Sept. 12, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915s
Brooklyn, New York, 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross,

I am the President of Extell Development Company, a real estate development company based in New York City. We have done a lot of business with Bovis Lend Lease over the past ten years, and during that time I have had a chance to interact with Jim Abadie a number of times.

I would like to say that Jim is a good and decent person. Most construction people like to be "tough guys" but Jim has always tried to be fair. Even when it came to money (when you can really tell a person's true character) and when we might have disagreed over fees, or who should pay to repair a mistake, Jim was reasonable and never tried to threaten or intimidate.

Perhaps Jim should have been tougher when it came to changing the practice of an industry as well, but please keep in mind that Jim Abadie, despite rising to the top in the construction industry, has stayed honorable and decent. I therefore respectfully ask that you take all of the above into consideration and show Jim as much leniency as you can.

Sincerely,

Gary Barnett,
President

July 2, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201

RE:    United States v. James Abadie
       Case No. 12-274 (ARR)

Dear Judge Ross,

It is with deep sadness that I have watched TV and read the newspaper accounts regarding the conviction of James Abadie, someone who I came to know and respect while working at Bovis Lend Lease between 1998 and 2010. Jim is one of those people that you would always expect to hear only wonderful news about, so this situation was very shocking.

What always touched me about Jim was his caring nature for the company and the employees. He is very approachable and always spent time chatting with employees at all levels, asking them about their personal lives and showing real interest.

As the HR Manager at Bovis Lend Lease, I worked closely with Jim on Employee Recognition events, Administrative Professionals Day, Community Day and Milestone Anniversary celebrations. This is where Jim really shone - because he had the ability to make people feel extremely proud of their accomplishments - whether they were at an entry level position or part of the executive staff at Bovis. Jim would mentor younger employees and teach them about construction management and always applaud and reward their progress.

Jim is an extremely professional and respectful person. Construction is obviously a very male-oriented business, but Jim always was respectful and appreciative of the women that worked in the business. Needless to say, there were not many women superintendents, but we had one woman, Millie, who was very interested in pursuing that career path and Jim was there for her. He encouraged and mentored her and when she graduated from Mechanics Institute, Jim was positively glowing with pride.

Jim was an unsung hero during the tragedy at Ground Zero. He practically lived at the site, working shoulder to shoulder with the construction workers, fire department and all the city officials. He oversaw the Bovis operation and was an enormous help in restoring order to the chaos. That tragedy also impacted him personally - all the employees would see his exhaustion and sadness when he would come into the office, but we were all so proud of what Jim was

doing for the city and for the families of the 9/11 victims. He was helping in a very real and tangible way.

I will always admire Jim for his many good qualities and building expertise, despite the legal situation that he is facing and I know that he is extremely remorseful for any actions he took that lead to his conviction. The situation has brought dishonor upon himself, his family, the company and the whole construction industry - a business he took such great pride in.

Respectfully,

*April Bellacero*

April Bellacero
11 Walton Avenue
White Plains, New York 10606
914-949-4829

Michael A. Bielawa
9 Southfield Drive, PO Box #84
Pottersville, New Jersey 07979

July 9, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re: United States v. James Abadie
Case No. 12-274(ARR)

Dear Judge Ross,

My name is Michael Bielawa. I am a friend and colleague of Jim Abadie. I am employed by Lend Lease (US) Construction LMB Inc. I started my career with Lehrer McGovern Construction back in June 1985 and have experienced the name changes to Lehrer McGovern Bovis, Bovis, Bovis Lend Lease and Lend Lease. I was born and raised in the Albany, NY region, attended Clarkson University in Potsdam, NY where I received a Bachelor of Science in Civil and Environmental Engineering.  Lehrer McGovern was my first and only post college employer.

In my years with the company, I first came to know Jim when he became the Lehrer McGovern Bovis General Superintendent in 1990. Jim is the type of individual who leads by example, has a warm and sensitive personality and the type of individual that the people who work for him, respect him immensely and give their all. In a business where relationships can easily become strained, the people who worked for the firm and under Jim's leadership became more than business associates but became a family. A family where one another cared for each other.

In January 1998, I was heading up the NYC School Construction Authority Program Mentor Program and Body Shop Program for Lehrer McGovern Bovis. Due to the actions of a poor General Contractor, there was an incident on a project in Brooklyn where a young girl had been severely injured and eventually passed away. The LMB superintendent, assigned to the project to oversee the General Contractor, held the injured girl in his arms until Emergency Services arrived. This started what turned out to be a 3 week period of NYPD Investigations, NYC SCA Inspector General Investigations, etc. I remember one evening Jim calling me and asking how I was doing. I remember Jim telling me that no one knows what it is like until you experience

such a loss, have been in those shoes and that the pain doesn't go away. He reassured me that he was there for both myself and the LMB Supt who was involved. I still remember that call. Thank you.

September 11, 2001: Bovis Lend Lease (BLL) was involved in the Rescue and Recovery at Ground Zero from September 11, 2001 thru December 2002. Jim was at Ground Zero on September 11th leading the rescue efforts of the New York Construction Industry. Jim worked endless hours in this effort. He assisted and led the City Agencies in the planning and Rescue Effort that eventually became the Recovery Effort. Jim's tireless effort in this National Disaster Response and his sheer determination, to make Ground Zero an organized site and ensure no one was put in harm's way. Jim said from Day 1 that our job at Ground Zero was to "do the right thing" for those that were lost that day, the families of those victims and for our Country.

Many years after 911, BLL was working on the deconstruction of the 130 Liberty Street Building, the roof structure had been cleaned of asbestos and toxins and the roof gravel remained. It was brought to our attention that the roof contained many tiny bone fragments. The City of NY did not provide any direction on how this was to be handled. A plan was put in place to spend Saturday, April 1, 2006 atop the roof looking for bone fragments. Jim was told about our plan and I remember Jim saying "do it", "I'm totally behind what you are doing" and to "keep doing the right thing". Our work that day uncovered over 82 bone fragments that were turned over to the NYC Medical Examiner. Two additional victim's remains were identified with these bone fragments resulting in closure for two families. In addition, this discovery heightened the need for additional reviews of the areas in and around Ground Zero.

In March 2005, one of my twin daughters, age 4 at the time, required open heart surgery at New York Columbia Presbyterian Hospital. It was a trying time for my family. I remember Jim sent me an e-mail message with his thoughts and regards. The message was most appreciative during a most difficult time. (Note: I am glad to report Libby is a healthy, young girl and will be celebrating her 12th birthday in October.)

Jim has been a leader in the New York Construction Industry for many years. He has sat on the leadership committees for both CAGNY (the Contractors Association of Greater New York) and the BTEA (Building Trades Employment Association). When Jim speaks, people listen. He is the voice of reason and experience. Jim has been an advocate for safety in the New York Construction Industry. In the fall of 2007, Jim pushed the New York Cement League to propose safety recommendations to the NYC Department of Buildings, which the NYC DOB incorporated into the Building Code. Similar safety discussions with the NYC Allied (which comprises of NYC Iron Worker Companies) resulted in heated discussions and advancements in safety. In the Spring of 2007, Jim spearheaded the agreement between the NYC Unions, the BTEA, the BCTC (Building and Construction Trades Council) and the leading Construction Companies in the City

to develop the BUILDSAFENYC Codes of Conduct. It was a milestone in the industry where labor and management mutually agreed that Safety Improvements and Requirements were required to be consistent throughout the industry. Jim was one to push for the installation of perimeter protection systems called cocoons on Superstructure Concrete Buildings. Cocoons have become a common safety protection system on high rise construction. On April 1, 2008, Mayor Bloomberg accepted an offer to visit our One Madison Project Site and view the cocoon system in place. The Mayor made it to the 47th floor working deck and spent time that morning with the construction workers. The Mayor is most likely the first and only Mayor to ever make it to the top of a concrete building under construction with concrete being poured. Without Jim's leadership and involvement, changes in decade old construction processes and practices would not have happened. Jim has made the New York Construction Industry better and a much more safe.

I heard of Jim's decision to resign on Monday, June 15, 2009. At day's end I said goodbye to my boss, my friend and my mentor, it was one of the toughest days I had experienced in my 27 years with the firm. A day that I could never have imagined could take place with a man saying goodbye to the company that he loved and the people that he had lead and that he considered his "family". I can only imagine what thoughts filled Jim that day. My thoughts are with him to this day.


Respectfully,

Michael A. Bielawa

*Laura Bush*
*61 Nomahegan Drive, Westfield, NJ 07090*

July 12th, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,

I am writing as a former colleague and current friend of Jim Abadie. I first met Jim in 2001 when I was transferred from London to New York working for Bovis Lend Lease (BLL). I held the position of Assistant Project Manager at one of the largest projects BLL had at that time, AOL Time Warner Center.

Over the past few weeks I've tried to think of specific examples to reinforce Jim's continuous support of my professional development over the past decade, working in the New York City construction industry. As a young female in the predominantly male industry, I'm sure you can imagine some of the situations I was faced with, especially in those early years. Oftentimes undermined by some superiors or it was assumed by others that I didn't hold a position of responsibility. Jimmy never treated me like that and I strongly believe because of his example, others changed their behaviors to become more accommodating to a diverse workforce within the industry.

Jimmy always treated me with the upmost respect despite my junior position. Jimmy was always regarded a leader and commanded respect from everyone he interacted with. I will always be grateful for his acknowledgement of my hard work and valuing my input in every situation. He was always approachable and would find time for you.

Just yesterday I visited the 9 / 11 Memorial for the first time since volunteering downtown in the aftermath of the terrorist attacks. I will always remember the profound response from the construction industry in the hours, months and years that followed September 11, 2001. Looking through some of the literature at the museum yesterday, I saw pictures of many heroes. I think Jimmy will be remembered by most within the construction industry and beyond for his unwavering leadership and dedication in assisting with the clean-up and rebuilding of downtown New York City.

Respectfully,

Laura Bush

# ISLAND PAINTING, INC.
## 5-21 47TH Road – Long Island City, NY 11101
## (718) - 937-7878   Fax (718) 706-6259

June 14, 2012

Peter Cafiero, President
Island Painting, Inc.
5-21 47th Road
Long Island City, NY
11101

President Association of
Master Painters and
Decorators of New York,
Inc.
370 Seventh Avenue,
Suite 418
New York, NY   10001

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
255 Cadman Plaza East, Room 915S
Brooklyn, NY   11201-1818

RE: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,

I am writing to you about James Abadie.  I know Mr. Abadie through my business as a painting contractor and as a member of the Building Trades Employers Association.  My purpose is to give you my

perspective, which I believe is shared by the community in which I work and live, of James Abadie's character and reputation.

James Abadie has long been a leader in the construction industry. I have attended many organization meetings featuring presentations by James Abadie. He has always impressed as someone with a strong moral and ethical compass. In attempting to address issues and problems in the construction industry, Mr. Abadie has consistently advocated the need for strict compliance with the law and a commitment to ethical best practices. At a time when the economy and construction have been in turmoil, Mr. Abadie has demonstrated leadership that has set the tone for the industry. His focus has always been based on the need for open, honest conduct. This is entirely consistent with Mr. Abadie's character which is exemplified by his personal integrity. His credibility as an executive and as a colleague in this industry is the product of these qualities. Mr. Abadie's reputation in this community for the highest standards of ethics honesty and integrity has set an example for us all.

Respectfully,

Peter Cafiero



# Peckar & Abramson

A Professional Corporation • Attorneys & Counselors at Law

41 Madison Avenue
20th Floor
New York, NY 10010
tel 212.382.0909
fax 212.382.3456

New Jersey

San Francisco

Los Angeles

Orange County

Miami

Chicago

Washington, D.C.

London

www.pecklaw.com

July 19, 2012

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Room 915S
Brooklyn, NY 11201-1818

Dear Judge Ross:

I write to you in regard to James Abadie and to inform the Court of the individual I have come to know. For more than a decade, I have known Jim through his involvement and leadership in the New York construction industry. I am the Chairman of the law firm Peckar & Abramson, and also serve as General Counsel to the Building Trades Employers Association of New York ("BTEA"), a leading industry organization, together with one of our founding partners, Robert Peckar.

Election by a contractor association to represent that association's interests in the BTEA, is an honor and the product of the strong character demonstrated by that individual. Nomination and selection to serve as the BTEA Chairman, the highest ranking position, reflects the fact that the individual's character and integrity are recognized to be at the highest level. The character, integrity and sense of fairness that I observed in Jim Abadie surely led to his appointment and selection to both distinctions.

Jim Abadie consistently demonstrated the personal integrity and character necessary to lead the BTEA by transcending self interest and ensuring that the association always did what was right. Not because he was loud, brash or controlling, but because he was just the opposite. He was quieter, calm and spent more time listening than talking. But when he did speak, he spoke for what was right for the association and right in general. He was the one who sought fairness for all. I recall being struck by how the individual interests of his particular member association or company never entered his approach, leadership, or drive to achieve what was fair, as well as how this character trait in him elicited the same approach from others.

I am sure that others must be speaking of Jim's extraordinary sacrifice in the wake of the 9-11 terrorist attacks. "Extraordinary" can be an abused word, but for those of us who know how much time, effort and sacrifice Jim dedicated to our country

a member of the
 International Construction Law Alliance

# Peckar & Abramson

A Professional Corporation • Attorneys & Counselors at Law

and those who lost loved ones at that time, "extraordinary" is an understatement.   I too want to convey my vivid recollection of Jim's stunningly selfless efforts in the days and months after 9-11, and how his truly "extraordinary" role at Ground Zero was so well recognized and respected by the construction community long before anyone had begun to use the label "heroes."

Respectfully submitted,

Steven M. Charney
Chairman

#80203



Joseph D Christensen
30 Furnace Trail
Greenwood Lake, NY 10925
July 7, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

RE: United States vs. James Abadie
Case No.: 12-274 (ARR)

Dear Judge Ross,

I am a construction estimator in the New York City contracting arena, and have been working in this line for 43 years. For the past twenty years, I have held the positions of chief estimator or director of estimating at the firms where I have been employed.

My first introduction to Jim Abadie came in January of 2010, when Jim came on board at our office as a consultant to help us reorganize and expand our market in very trying financial times. I had known of Jim, through his position, expertise and fine reputation in our business, but had never met him before. The first impression that I had, almost immediately from day one, was of his dynamic and uplifting personality, a seemingly constant smile and a true interest in everyone around him, regardless of position. I thought this quite rare for a New York construction executive.

For the next two and half years, I had the pleasure of working alongside Jim, not only benefitting from his vast knowledge of our business, but also from his family driven concern for people's personal issues, whether they be illness or a death or crisis in one's life. Jim was quick to say, "Let's show everybody what friendship really means, and cover this person so that they don't have to worry about our issues, and they can take care of things at home." Yet, when Jim himself became seriously ill in 2010, very possibly as a result of his untiring and selfless weeks and months at Ground Zero immediately after the 9/11 attacks, there was no mention or request for assistance or understanding.

Very recently, as Jim faced his legal issues, we were also competing for a huge project which would make a major difference in the future of our company. One day, there was to be a critical all day session with the client, and there was also a consultation scheduled with Jim's personal attorney. Jim received word that a former colleague's wife had passed away, after an eight year battle with cancer. He told me that the most important thing that he had to do that day was not to prep for his court date, not to pursue this massive project, but to be "with his friend in his time of loss."

This is the Jim Abadie that I know.

Respectfully,

Joseph D. Christensen.

July 13, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United State Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Re: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross:

I have known Jim Abadie professionally and personally for nearly twenty five years.
I have interacted with him both in and out of the office during that time period.
During that time, I have known him to be one of the most exceptional construction
professionals that I have ever encountered in my nearly thirty years in the business.
In addition, he is a man that I respect personally and trust on every level. He is a
loyal friend, an attentive husband and proud father.

Jim has the unique ability and depth of construction expertise to give advice on
construction to world-class developers while equally adept and communicating with
tradesman on a jobsite. In all instances, he is respectful of those he encounters even
those below him on the org chart. I have seen him rise through the ranks over the
years to the highest positions in the business. His promotions were always well
deserved and based on hard work and competence.

He is a guy that would never ask more than he was willing to give. This was never
truer than in the days following 9/11 when Jim spent endless days trying to clean up
an unimaginable disaster while risking his own life to help others.

This is a guy I hold in the highest esteem and virtually every person I know that has
been around Jim feels the same way.

Respectfully,

Mark Coe
Coe Management LLC
6 Wilton Road
Westport, Connecticut 06880



*Louis J. Coletti*
*President & CEO*

July 5, 2012

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE:  United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,

I have known Jim as an industry, community and civic leader and have worked for him as an employee for over 20 years. He has been and remains a model of integrity, honesty, dedication, compassion and leadership throughout his career for everyone whose path he has crossed: employees, competitors, clients and members of the community. Jim has been and remains the person others look to for professional and personal guidance.

There are many heroes of the rebuilding of Ground Zero—none bigger than Jim Abadie. Shortly after the attack, I received a telephone call from Jim to see what kind of construction supplies and equipment I could get sent to the site as he was rushing down there to see what he could do.

Jim was the point man for all contractors involved in the cleanup of the WTC site. No one did more, spent more time or had a greater impact on the lives of everyone who stepped on that site—police, fire, government officials, construction workers, family members trying to find out about their loved ones than Jim Abadie at a huge personal cost to himself and his family.

Jim stayed at that site 24 hours a day 7 days a week for over 9 months. He had to be dragged kicking and screaming away from the site being mentally and physically exhausted and sent home to get himself some respite. That lasted only 3 days before he came back to the site against the opinions of doctors, family and friends concerned about his own mental and physical health.

That shows the character of Jim Abadie—of who he is and always has been as a man—always caring and putting others above himself—always making sure the job was done right in all aspects.

When NYC Police Officer McDonald, I believe was his name, was shot and paralyzed it was Jim Abadie who called and said to me he was leading an effort to have the Officer's house rebuilt so he could move around it in his wheelchair—what could I do to help?

When I worked for Jim for 5 years at Bovis he was relentless in making sure everything that was done on the projects I was working on was done correctly with integrity and honesty or we didn't do it. That is the Jim Abadie I know and whom is so highly respected by everyone in this industry and this city from client to subcontractor.

In closing, what has happened to Jim Abadie has torn a huge hole in the heart and soul of myself personally and everyone who works in this industry. Jim Abadie is a hardworking, law-abiding decent human being.

Thank you for your consideration.

Sincerely,

Louis J. Coletti



Edward Cruz
165 Ryan Street
South Plainfield, NJ 07080

July 13, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,

In my professional relations with Jim Abadie, primarily at Ground Zero during the clean-up and after words with the construction of the foundations for the Memorial, I always found Jim to be totally dedicated to the work at hand and fair in all his dealings with our company as we executed this difficult work.

During the months long clean-up phase during with Jim and Bovis had responsibility for a full quadrant of the site, he often stayed overnight caring some sleep when he could in a field office trailer located at the site.

My impression of him was that he was completely dedicated to the task before him and, secondly, he was highly respected for his fairness and dedication to those who worked with him.

I admired and respected him then and I do so now.

Sincerely,

Edward Cruz, P.E.
Chief Executive Officer
E.E. Cruz & Company, Inc.

Anthony D'Amato
5-46 51st Avenue
LIC, NY 11101

July 5, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Your Honorable Judge Ross,

I would like to introduce myself to you. My name is Anthony Steven D'Amato, owner of NY, NY Windows Corp.

I don't know if this letter would help Jim Abadie with what is happening to him right now, but I just want to let you know the kind of person I have dealt with in the last 9 years in the business we have out here today. When I first met Jim Abadie in 2003 he was the Vice President of Bovis Lend Lease. We had a problem on a building on 59th Street and Columbus Avenue and I was installing windows on 92nd Street and 1st Avenue. He had visited that job 2 to 3 times and I met him there. He asked me certain things about the job while we were installing, such as why we weren't doing things that were protocol to window installers and I told him. He found this to be a good suggestion and from that day on, when he had problems with other installers he would call upon me and ask questions.

Our relationship really wasn't outside of work, but our close relationship was inside of work and getting to know Jim Abadie and the person that he is. We have talked about our kids and what they look for in their life growing up. His son Jason and my son Anthony became friends in this business and hang out together. He knows about my son being a hemophiliac and my daughter Tabitha being deaf; and he has such a great compassion for them. He felt terribly bad that someone like myself would have to go through this. He has never given me work because he felt sorry for me. The work that has been given to me has been through EFCO windows who Bovis Lend Lease contracts. I am an installer and every time EFCO has won a contract with Bovis, he would always ask if I was on that job. What I am trying to say to you Your Honor, is sometimes for the

little things that go wrong in someone's life, we can't forget about all the great things they stand for. Not just for me, but for the type of person Jim is. He is a caring person, a loving father and a loving husband.

I know when it comes down to you passing sentencing on Jim, I know you have to be fair to what you stand for, Your Honor as a judge, and hope that you can see the true person that he is and at least give him a fair shot of restarting his life once again. He has gone through illnesses and came back, but I know this is one that is really hurting him a lot.

I appreciate you taking the time out of your busy calendar day to read this and I hope to God this sheds a little light on what this man is. I thank you and God bless.

Respectfully,
Anthony S. D'Amato

NY, NY Windows Corp.

Lily Davila
672 Warren Street
Brooklyn, NY. 11217
October 03, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Court House
225 Cadman Plaza East
Room 915s
Brooklyn, NY. 11201-1818

United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,
My Name is Lily Davila and I am an employee of Lend Lease LMB, Inc. Permit me to share my brief but memorable experience with Mr. James Abadie.

In July of 2004 I began as a temporary employee with then, Bovis Lend Lease as the Receptionist of the New York City Corporate office located at 200 Park Avenue. Mr. Abadie at this time was the General Manager of the New York Office. For the eight months that I was the receptionist Mr. Abadie was always the first person to stop and say Good Morning, I arrived at 6:30am and he was always already at the office.

Mr. Abadie would make his rounds of the office, check with Project Manager's and other staff to ensure that the staff had what they needed to get their jobs done appropriately and safely. He was so thoughtful that on his way to the office pantry, would ask if I needed anything such as coffee or water.

In March of 2005 when Bovis announce my transition from a temporary employee to a full time Bovis Lend Lease employee, the following morning, Mr. Abadie stated "Congratulations Lily, you were already part of the family, now its official".

Though this might seem trivial to some, it was not viewed as trivial to me, Mr. Abadie was an extremely busy & important person within the then 600 plus person New York City Office, yet he took the time to address and offer to help, not only me but all of the employees he encountered in the mornings and wished everyone a successful day.
It displayed a certain level of human interaction that many times is lost in corporate America. I observed an individual who valued everyone's success in the company as important, regardless of the position you held. I truly believe that he saw every single person at Bovis as extended work family.

I believe it's the so called "little things" that people do for one another that make poignant impressions. Mr. Abadie's kind and unselfish nature left that impression on me. Those daily encounters spoke to me personally about Mr. Abadie's character. I hope that in some way I have been able to convey and impressed the same upon you.

Respectfully,
Lily Davila
Sr. Project Assistant

Donald DeNardo

10 Pine Hill Drive

Katonah, New York

July 13, 2012

Hon. Allyne R. Ross

United States District Judge

Eastern District of New York

United States Courthouse

225 Cadman Plaza East

Room 915S

Brooklyn, New York 11201-1818                    RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross,

Please allow this short note to convey my thoughts on James Abadie. I have known Jim to a humble, caring and generous man who often times put the needs of others ahead of his own. One obvious example would be his efforts at the World Trade Center clean- up after the events of September 11, 2011. This is where Jim put his personal life on hold to assure the job was done as quickly and safely as humanly possible. The record speaks for itself here. However, a different example comes to mind, perhaps a little less mainstream. It occurred on a Saturday morning back in the late nineties in front of a run- down building in Harlem. It was Community Day, an event our employer sponsored annually, and Jim's task at hand was to make the apartment of an elderly resident more habitable. It required plastering of cracks in walls and ceilings, repairing wood flooring and re-painting the entire apartment. Jim was front and center, not only organizing this herculean effort, but performing as well along with one of his own sons, Jason. When I asked Jim privately about bringing Jason, something a young boy would surely not volunteer for, his response left a lasting impression. He said it was his job to teach his children how some in this world struggle with things others take for granted and the importance of helping these people." It all needed to put in perspective", he so humbly stated. These thoughts stayed with me during the time raising my own children and continue to this day. Jim Abadie was then and continues to be a special person in my mind. Thank you for your time in hearing my thoughts.

Respectfully,

# COMPONENT ASSEMBLY SYSTEMS, INC.

620 Fifth Avenue • Pelham, NY 10803 • (914) 738-5400  Fax (914) 738-5934 • www.componentassembly.com

**ARTHUR S. DOERNER**
PRESIDENT

July 2, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re:  United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross:

I would like to take this opportunity to let you know that I have known Jim Abadie, both professionally and personally, for close to 25 years.  We have worked together on numerous Bovis Lend Lease and Plaza Construction projects over these years.

I will never forget the day on September 12, 2001, right after the horrific 9/11 disaster, when Jim personally called me to ask if I could immediately mobilize a team of carpenters to send to the site and assist in the clean up and construction of temporary facilities.  For the next eight months under Jim's leadership and relentless direction, our men constructed barricades, ramps, platforms, guard enclosures and the like.  When all was accomplished in record time, I could speak for my men and myself that we were proud to be part of Jim's team.

I have had the pleasure of meeting Jim and his wife at various business functions where we discussed his love of skiing and the New York Football Giants.  I am sure that this letter, along with numerous others, can attest to Jim's character and selflessness in making the New York City construction community as successful as it is today.

Respectfully submitted,

COMPONENT ASSEMBLY SYSTEMS, INC.

Arthur S. Doerner

ASD/dh

• NEW YORK • NEW JERSEY • BOSTON • WASHINGTON D.C. • LAS VEGAS • PHILADELPHIA • SAN DIEGO

George V. Dunne
2246 Meadowbrook Drive
Schnecksville, PA 18078
July 12, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re: United States v. James Abadie

Cases No 12-274 (ARR)

Dear Judge Ross,

I am writing you on behalf of my life long friend James Abadie.

Jim and I grew up in Whitestone, Queens, we lived a block away from each other. We met while attending St. Mel's Elementary School. Our friendship continued through High School at Holy Cross in Flushing and college at SUNY, Farmingdale. We remain good friends until today.

There isn't any doubt Jim has been an important influence in my life. Jim has taught me how to be a friend. Jim helped guide me with all important decisions in my life. Most of all he shared his sense of humor and made me feel I had a sense of humor also.

His family became mind and mine became his. We grew up together and were each others confidants.

To document all of the events I experience with Jim would be countless. One event that I remember well was when Jim's dad, Mike Abadie, developed a rare blood disease. I remember doctors weren't very sure how much time he had. While Jim was attending Syracuse University his father died. I know how much Jim loved his dad and how much pain he was in. Jim conducted himself with strength and dignity. I reflected on Jim and that experience when I lost my father years later. One comment Jim made on the night of his father's funeral that I will never forget is "He hated to have to leave his father alone in the cemetery and walk away."

When Jim married his wife Bonnie, I was in his wedding party and when I married my wife Jeannine he was in mine.

I enjoyed watching Jim's life develop and grow. Jim was the first of our friends to buy a house. He was an example that we could do it too.

Jim and Bonnie had three sons. I can see all the things he learned from his dad in how he raised his sons. I can see the love and respect in their eyes they have for Jim. It's the same Jim had for his dad.

Jim has been a good son to his mother Rita. I consider Rita to be a second mother, I've know her almost as long as my own mother.

I hope Jim's sister Mary Warburton will write you. Mary will give you a great insight into the character of her brother.

I now live in PA and try to get together with Jim when possible. The distance will never effect our connection and bond.

I have great love for Jim and proud to call him my friend. I will do anything for him and I know he will do anything for me.

Respectfully,

George V. Dunne

Allen Dzbanek
627 Long Hill Road West
Briarcliff Manor, NY 10510

September 28, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United State Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Dear Judge Ross,

I have known James in a professional capacity for almost 20 years. I have found him highly professional, honorable and forth coming.

As a representative of Bovis, James has functioned as senior member of the construction management team on several projects I have supervised. In this role I have found him to be responsive, forthright and highly honorable. In other instances, I have self-performed projects where James had no role or incentive to offer assistance. He actually had a disincentive because I could be perceived as a competitor. Regardless of this fact he would gladly answer my inquiries about current pricing issues, the state of the industry or progress in ongoing labor negotiations.

Respectfully,

Allen Dzbanek

SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, NE
Atlanta, GA 30309-3996
404.853.8000 Fax 404.853.8806
www.sutherland.com

**JENNIFER W. FLETCHER**
DIRECT LINE: 404.853.8145
E-mail: jenny.fletcher@sutherland.com

July 19, 2012

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915 S
Brooklyn, New York 11201-1818

> Re:  United States v. James Abadie
>      Case No. 12-274(ARR)

Dear Judge Ross:

I write to attest to the character and integrity of Jim Abadie. I have known Jim for almost 15 years. During that time, I had the privilege of serving as outside construction industry counsel to Bovis Lend Lease and Lehrer McGovern Bovis. In that capacity I came to know Jim well, and I have the utmost respect and admiration for him. During my many interactions with Jim on legal matters, he always dealt with issues and opposing parties fairly and professionally. Consistency and fairness were hallmarks of his business style, which is why Jim is respected and loved by so many people, myself included. Jim always encouraged his team, including counsel, to resolve construction project issues in an ethical manner. His positions were well grounded and reliable.

I would like to share an anecdote that describes Jim's character. On September 11, 2001, when the United States suffered horrible terrorist attacks, I was in London working on a matter for Lehrer McGovern Bovis. I will never forget that the report came back to us that Jim had gone immediately to Ground Zero to help out and to offer his personal energy and support, as well as the company's. Perhaps the most telling thing about Jim and his character is that neither I nor my colleagues on that project were surprised. Humbled, but not surprised. At a time when our country needed heroes, the first person we would have expected to see emerge as our hero was Jim Abadie. He never let us down.

I'd like to close with an observation about Jim that is personal to me. After nearly 30 years in the construction industry, people always ask me what it has been like to be a woman in a traditionally male dominated field. I'm proud to say that Jim has been a strong supporter and mentor for me, and has always evaluated my contributions and performance on merit and without bias. He readily accepted me as a peer and followed my advice. I believe this observation holds true across the board for people who Jim considered part of his team. Jim is open minded and open hearted. He demands excellence and supports his colleagues. I am proud to be his friend.

Respectfully,

*Jennifer W. Fletcher*

Jennifer W. Fletcher

Dennis Freed
567 Chelsea Rd
Oceanside, NY 11572

June 28, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, NY 11201-1818

RE: United States v. James Abadie
Case No. 12/274 (ARR)

Dear Judge Ross,

Jim Abadie was always summoned when the City of New York needed him. When Yankee Stadium crumbled the city called Jimmy to Fix. When the scaffold at Four Times Square crashed to the street the city called Jimmy. When the World Trade Towers crumbled the city called Jimmy to spear head the clean-up. When the unions threatened, Jim Abadie was always there for everyone to help straighten it out. He led New York Construction and CAGNY for years at the sacrifice of his own personnel life. Jim put other's in front of Jimmy.

As a friend Jim Abadie was there for me. Through seven years, when my wife was repeatedly in the hospital from cancer, I cried to Jimmy. Jimmy was my shoulder until she passed this winter. No one else in Lend Lease was there for me to let my tears trickle. Jimmy was my comfort, my brother, my friend and the person who kept me going when the love of my life was facing uncertainty. My wife eventually succumbed to cancer and Jimmy was there for me.

Jimmy was there for New York City and me when he was needed. I pray to the Devine he gets his smile back and his lust of life so he can continue to help others like me.

Respectfully,

Dennis Freed

Jenny Freeman
33 Greenacres Avenue
Scarsdale, NY 10583
Jfreeman@hunterrobertscg.com

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, NY 11201-1818

Re: United States v. James Abadie
Case 12-274 (ARR)

Dear Judge Ross,

I am writing on behalf of Jim Abadie. I worked at Lehrer McGovern Bovis for 20 years, during which Jim Abadie held various roles culminating in General Manager. I was 24 years old when I started, and female in what was at the time an extremely rough and tumble man's world of construction. Jim consistently conducted himself with the highest integrity and set an example of tremendous respect for all those working with him. He treated all people surrounding him with equal concern, whether they were trade laborers on the job or clients. His own personal conduct set an example for all to follow, and smoothed the path for people like me, who were in the minority.

I hold him in the highest esteem, and hope that you will consider his very positive impact on me and on many, many others in sentencing him. Our industry would be improved by more people who have Jim's integrity, passion and caring.

Respectfully,

Jenny Freeman



**CAROL GARVIN**

October 19, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East, room 9155
Brooklyn, NY 11201-1818

Re:  United States v. James Abadie
      Case No. 12-274 (ARR)

Dear Judge Ross:

Mr. Abadie and I both worked for Bovis, Inc.  When I joined the company in 1988-1997, Mr. Abadie was the General Superintendent and I was the Equal Employment Opportunity Administrator.  Coming from the architectural engineering environment, I had to learn the nuances of the construction industry.

My relationship with Mr. Abadie stemmed from working with field craftworkers.  James taught me the difference between working with white collar workers (non-union personnel) and blue collar workers (union personnel).  Since blue collar workers were members of the union, they essentially were not employees of Bovis , Inc. but worked on many of Bovis' projects.

One aspect of my job was to work with Bovis' payroll to determine diversity in the field, since we worked on many high profile projects calling for specific goals for minority and female workers.   Often times I walked the project sites with James and questioned him about the type of work being performed or what companies the workers reported to.  Any questions I had about Bovis' diversity I directed to Jim's attention.  I told him what the goals were and he was instrumental in helping to achieve these goals.  If I encountered any problems with the contractor not providing me with documents needed or not meeting the workforce goals, I went to James.

2875 BAINBRIDGE AVENUE
BRONX, NY
10458-2822

Phone: 347-431-4844
Fax: 347-431-4844
E-mail: cgarvin157@aol.com

Additionally, I hosted sessions on Sexual Harassment where all supervisory, managerial and superintendents were required to attend. James coordinated the times when all superintendents were available to attend.

We were also required to meet goals for minority and women-owned businesses. Oftentimes these firms were new to Bovis but working with James and other executives of the company, we were able to meet or exceed minority and women-owned business goals. Material suppliers specifically used for the field operation had an excellent opportunity to work for Bovis at the behest of James. He also attended community events with me wherever our projects were located. James was very supportive whenever his services were needed.

I trust that this information will be helpful when determining the character of Mr. Abadie.

Respectfully,

Carol Garvin

Joan Gerner
26 Oak Lane, Douglaston, N. Y. 11363

July 3,, 2012

Honorably Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Re: United States v. James Abadie
    Case No. 12-274 (APR)

Dear Judge Ross,

I met Jim Abadie when I joined Bovis in 1992 and got to know him during the 14 years I worked there. I ran projects for the company and interacted with him when he served as General Superintendent for various reasons; he helped me with the staffing, logistics and various field related issues. For the last 3 years of my tenure with Bovis, I reported directly to Jim when he was head of the office and I was running two divisions.

Although Jim Abadie was one of the busiest people in the office, he made time for everyone. He treated our clients and staff fairly and with respect and he helped me and many others in the company grow professionally.

On the day the planes hit the World Trade Center towers, everyone was running north, while Jim was running south to the WTC site, calling on demolition and steel contractors to meet him there, in order to help with the rescue effort. He did not think of the consequences to his life but instead was concerned with saving the lives of others, which demonstrates a character of the highest quality. I remember they set up a cot for him in one of the trailers and I learned he was there for six days before he returned home to his family.

Jim has a good reputation in our industry and has earned the respect of many people over the years. I respect him highly for his knowledge of our industry, which he is so willing to share with others as well as the examples of integrity he displayed to me over the years and the fairness with which he treated my clients.

Respectfully,

Joan Gerner
Joan Gerner



GORTON &
PARTNERS

July 9, 2012

Hon. Allyne R. Ross
United States District Judge
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Re: <u>United States V. James Abadie</u>
Case No. 12-274 (ARR)

Dear Judge Ross,

My name is Robert Gorton and I am a Principal of Gorton & Partners; an Owner's Representative firm based in Manhattan. We provide Owner's Representative and Project Management Services on large construction and development projects throughout New York. The purpose of my letter is to provide you with my experiences working with Jim Abadie throughout the years. Although he has been convicted of a crime, I maintain a positive opinion of him.

I first met Jim in 1980 when he was an assistant superintendent on the 767 Third Avenue Project. Our paths continued to cross over the next 32 years: first when he was my superintendent on various projects, and eventually when he became the person I went to when I had a difficult project and needed the best person to manage it to completion.

Of all the great things the NYC construction industry has achieved over the 40 years of my career, I can say without a doubt that there is no one who has contributed more to its success than Jim. We build buildings in one of the most densely populated areas in the world, working within a city where the trades are strongly controlled by unions, and where our clients are raised on the expression "time is money". To have elevated himself to his position in this industry and still maintain his integrity and reputation is an incredible thing.

All of us: designers, tradesman, unions, and most of all the clients whom Jim represented so well owe him a debt of gratitude for what he did for our industry and our city.

I appreciate the opportunity to share my professional experiences with Jim, and that I still maintain the highest respect for him in spite of his legal troubles.

Respectfully,

Robert Gorton
Partner



# TMCMG

### TM CONSTRUCTION MANAGEMENT GROUP, INC.

Mark Greenwald
2027 Illini Road
Springfield, IL 62704

October 27, 2012

Hon Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Re: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,

I own a construction management firm that specializes in coordinating work associated with the mechanical and electrical trades. I worked directly with Jim Abadie from 1996 thru 1999 as a representative of the developer (Sony Development) on the Metreon Project in San Francisco, CA and Jim was representing Bovis Lend Lease and their client, Millenium Properties. As such, I had weekly dealings with Jim over the 3-year period. Subsequent to the Metreon Project, Jim had Bovis hire me as a consultant from 2000 thru 2001 to assist on one of their projects in San Francisco, CA.

Jim and I got to know each other on a personal as well as a professional basis and have maintained a friendship since. He is a man of integrity and I found him to be extremely loyal and honest and because of that, we have maintained a personal and professional relationship. I found that I could trust Jim and take him at his word, which is a rarity in the contracting business.

Jim was one of the first people contacted by Mayor Giuliani to help organize the clean-up of ground zero after the attack of 9/11. He stayed at that site the first 7-days, without going home, to help get everything on the right track. He is a dedicated and hard-working individual.

Home Office
2027 Illini Road
Springfield, IL 62704
E-mail: markg@tmcmg.com
Tel: 217-899-7640

California Branch Office
1111 Rancho Conejo Blvd., Suite 205
Newbury Park, CA 91320
CA C-20 License Number 961018



**TM CONSTRUCTION MANAGEMENT GROUP, INC.**

Because of the type of person that I know Jim is, I hope you can see your way to some alternative other than prison time at his sentencing. I believe he would accomplish a lot of good in terms of helping the community.

I thank you for taking the time to read my letter of support.

Sincerely,

Mark S. Greenwald
President

Home Office
2027 Illini Road
Springfield, IL 62704
E-mail: markg@tmcmg.com
Tel: 217-899-7640

California Branch Office
1111 Rancho Conejo Blvd., Suite 205
Newbury Park, CA 91320
CA C-20 License Number 961018

Salvatore V. Grippi
31 East Hill Road
Cortlandt Manor, New York, 10567
October 12, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross:

Please allow me to introduce myself, my name is Salvatore Grippi, and my family and I are neighbors with James Abadie and his family.

I wanted to write to you regarding my neighbor and more importantly my friend Jim Abadie. I know Jim and his family for over twenty years as we moved into our neighborhood at the same time. Given our kids are the same age, we became close friends due to the same small community that we raised our families in and through both the town and school's athletic programs. Both Jim and I would coach basketball together on a number of weekends. I always found Jim to be very generous with his time. Despite coming home late during the week from commuting to and from the city from work he was quick to extend himself on the weekend so that he could be involved with our kids through sports and other extra curricular activities.

My wife Donna is very close to Jim's wife Bonnie, who shares the same fundamental family values as we do. In fact, we find Jim and his family to be warm, generous and loving people. For a number of years on Saturday nights in the fall/winter we belonged to a bowling league together and despite the fact that we were perpetual cellar dwellers, Saturday nights were times that will always remain special to us.

Your honor, I would like to share with you my perspective of Jim through observation: my father who is ninety-six was a civil engineer in New York City, and given Jim's profession, they both had common interests. Whenever Jim was at my home while my dad was there he always took the time to talk "shop" with him and was both very patient and respectful to him. In fact, he showed a genuine interest in my fathers experience both in the military and college. Although I did not fully comprehend the more technical side of their conversation, I was very intrigued by both the dialog and their respective

experiences. My dad and Jim even discussed another common interest, Syracuse University where they both graduated from. Another observation I have of Jim Abadie is how genuinely interested he is regarding other people and their experiences. Specifically, when my daughter Danielle returned from an exchange program from Europe, both Jim and Bonnie were the first to visit her back at our house and were eager to see pictures and hear of her experiences there.

Your honor, again over the years you get to learn about a person and what they stand for and I can tell you without question, that Jim Abadie is a person with very high moral standards and he is both a loving and generous person. I am not only proud to call Jim my neighbor, but a close friend as well.

Thank you for both your time and consideration.

Sincerely,

*Salvatore V. Grippi*

Salvatore V. Grippi

Veronica W. Hackett
11 East 29th Street- 50A
New York, NY 10016
July 9, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, NY 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross:

I have known James Abadie as both a client and in my role as a senior
member of the New York real estate community for the past 12 years. In
2000 I co-founded a real estate development company with a partner
who was the construction expert, I being the finance and marketing half
of the team. My partner died suddenly 5 years into our business when
we were in the middle of construction of several large residential
projects. Jim Abadie 's employer, Bovis, Lend Lease was the
construction manager on the projects. Jim made sure that I had the
backup, the team and the support that I needed to move the company
forward. He made himself personally available to the company and to
me to help me get up to speed quickly on what I needed to know about
construction to make sure that we would succeed.

He never let on that he was doing anything to help me and it was only in
hindsight that I realized just how significant his help had been and what
a mentor he had become. To me, this is the essence of Jim's character.
He simply reaches out to help when help is needed . He doesn't seek
personal glory or even thanks. He just does what he thinks needs to be
done whether it be helping a friend or serving the nation.

Jim's response to the tragedy of 9/11 was nothing short of heroic. For days, weeks and months, Jim led rescue and rebuilding efforts. He was at the World Trade Center for so long that many of us in the industry talked about and worried about his long-term health. This willingness to jump in and respond to an emergency without regard for one's own personal safety is consistent with the man that I know Jim Abadie to be.

Over the years, I observed him as a client at project kickoff meetings, and regular project review sessions where I also noted his interactions with his employees. As fellow members of the New York real estate community, we worked together on industry issues where I observed his interactions with his peers and government officials.

What I observed is that Jim is a true and honest leader who generously gives his time and expertise without expecting anything in return. He inspires people around him from industry peers to his employees to a student at an NYU dinner. I personally observed his leadership in trying to get a traditionally male industry and his company to be more open and inviting to women. I learned a lot about team building, loyalty and leadership in just watching Jim work.

Jim is passionate about family, friends, the real estate industry and the city of New York. Please take into account the overwhelming good that Jim has done for so many of us when you consider his case.

Respectfully,

Veronica W. Hackett
Veronica W. Hackett



July 13, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
22 Cadman Plaza East
Room 915S
Brooklyn, New York, 11201-1818

RE: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross:

While working together here @ Plaza Construction others would rib me saying how is your "Mentor" is treating you? During the fifteen years working here I have never worked with a person like Jim Abadie. This gentleman not only assisted you with your daily work problem issues which are many but actually cared about you and whatever troubles or concerns you had at home. I was out of work one day while my Wife had some extensive screening tests, afterwards Jim would always ask how's Momma doing and always asked about her. No one else even inquired that day as to why I didn't come to work.

There are not many people in this industry like Jim that cared for the well being of others.

I truly wish he was here working side by side with me today.

Sincerely,

Timothy E. Heaney
Vice President

Kenneth A. Miller
1177 Rockrimmon Rd.
Stamford, Ct 06903
6/26/12

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, N.Y. 11201-1888

Re: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross

I retired from Bovis in 2010 as a Sr.V.P and Chief
Structural Engineer. In that capacity I interacted
with Jim Abadie on numerous occasions over a period
of 23 years, part of that time he was my boss and
I got to know him. He is one of the finest individuals
that I've known. He is honest with integrity, high
moral standards, work ethic and an all around good guy.

Bovis was managing contractor for the Clean-Up
at the 911 Site, Jim was in charge of operations. His
dedication was remarkable, he actually lived there in
a motor home. He was the main driving force that
resulted in the Clean-Up Project being completed
under time and budget. He received a number of
accolades including nomination for Engineering
News Record's prestigious 2002 Newsmaker's Award.

As an example of his work ethic he would, on occasion, turn down potential lucrative contracts on the basis that he didn't feel that the correct project team would be available to do a proper job. This is a rarity in the contracting industry.

Jim was in charge of Bovis's New York Office when it won 2006 contractor of the year.

He was a member of the Building Trades Employment Association (BTEA) for about 10 years, 4 as an officer and 2 as chairman. The BTEA deals with labor-management issues including contract negotiations. His excellent relations with the trade union leadership was in large measure responsible for a largely harmonious labor environment.

Most people in Jim Abadie's position develop occasional adversaries. During my 64 year career in engineering and construction, mostly in the New York Area, I have made many professional friends and I know of no-one who knows him that doesn't have the highest regard for Jim.

I believe that it's common knowledge that neither Jim, nor Bovis, profited. The payments to the foremen (the key field position) were solely incentive for attracting the most competent people in a competitive field where the practice was wide-spread.

In addition, it's no secret that most of the involved clients declined "restitution" based on the fact that the projects benefited.

I hope that Jim Abadie's character, reputation and outstanding career will be positive factors in your deliberations.

Respectfully,

Kenneth H. Hiller

Bruce A. Hodge
18064 Taylor Road
Jupiter, FL 33478
October 12, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE: United States vs. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross,

I am writing to you on behalf of my brother-in-law, Jim Abadie, who has been married to my sister for 31 years. My purpose is to share with you the Jim I have known in hope that you will gain a sense of his character and the reputation he has among those who know him best.

Jim has lived his entire life for the benefit of his family, his friends and his city. He is one of the most selfless people I know, continually sacrificing so that others can have a better life. He has provided generously for his family, wanting them to have greater opportunities than either he or my sister when they began together. He supports his friends in a likewise commitment. Several years ago, Jim gave a very large loan to one of his lifelong friends who was in desperate circumstances, knowing that it would probably not be repaid (it hasn't been). A few years later, he extended that same generosity to one of my sister's lifelong friends (also not repaid). He generously helped me to purchase a second home in New York when I was short on the funds I needed so that all of us, including my aging parents, could gather and spend more time together as a family. I know that Jim has also helped the Abadie extended family continuously, although I cannot speak to the details. If a need has arisen for the family or close friends, Jim Abadie has been faithful to always be there to help take care of it.

Jim has also been singularly devoted to his work and the City of New York. There is not a corner of the city that he doesn't speak about with an enthusiastic sense of pride because of the buildings and projects he has been a part of. If I am not mistaken, the building your court resides in he built. From a company he joined in 1981 when it had 11 people, through all the mergers and sales, he rose through the years to become president of Bovis. But Jim didn't "climb the corporate ladder" by clawing his way to the top. Along the way, I have had a chance to speak with many of his business associates (competitors, contractors and employees) in informal settings where they speak freely. Without exception, they have always used similar words to describe Jim: honest, loyal and faithful. Jim was given the presidency at Bovis because of an enduring work ethic that revealed a man with skill, sound judgment and integrity who could always be counted on to do the right thing.

The essence of a man's character is always revealed during unexpected tragedy. The greatest display of what is inside Jim Abadie came when two planes crashed into the World Trade Center on September 11, 2001. What began as a normal workday for Jim at 6:30 am in the city became the defining event of his life and career. Jim was part of an emergency response task force that became responsible for cleaning up the WTC. As all of us watched in horror from a distance, Jim went immediately to what became known as Ground Zero and never left for two weeks, not seeing his family at all during that time. He knew they were safe, but he also knew his calling was to be in his city working to do his part. Finally, Jim's boss provided a car for him to go home and take a break. When he arrived at my sister's doorstep covered in soot, he just got out of the car and sobbed uncontrollably.

Jim went back to work after a few days and ultimately became the man who coordinated the combined efforts of all the construction crews cleaning up Ground Zero. He completed the project ahead of schedule and below budget, as he always did in all of his jobs. That is just who Jim Abadie is and what he does. I spoke to him a few times during those 7 months to encourage him and let him know we were all praying for him. I can't imagine what he saw or the decisions he needed to make. He told me, "Bruce, I know that this is what my whole life has been preparing me to do." There were times he couldn't speak because he was too overwhelmed, and he wanted to protect all of us from the horrors he dealt with on a daily basis. He once confided that "I've seen things no human should ever have to see." What was revealed in those days was a man of deep, unfaltering purpose and commitment who was serving his city and those he loved with everything he had. It was a huge sacrifice for not only Jim, but his whole family as well because he virtually disappeared for the majority of that time. Jim Abadie proved to me and to all those around him to be one of the unsung heroes of those tragic days.

I cannot begin to fully understand the circumstances that have brought Jim before your court, and certainly do not make any attempt to pass judgment on either his actions or the process that has led him there. I can say this. The man before you, Judge Ross, is no ordinary man. He is a servant of the highest order who deserves our respect and gratitude for what he has given of himself. I urge you, in the strongest manner possible, to consider the sacrifices Jim has made during his life to serve his family, friends and the City of New York. To remove him from his role as provider for his family, leader in his city, and example of sacrifice in his work would be a huge loss. I plead on his behalf for your utmost leniency in his sentencing.

Respectfully,

Bruce A. Hodge

Gregg E. Hodge
4391 7th Avenue SW
Naples FL 34119
15 October 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn New York 11201-1818

RE: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,

While testimony from a brother-in-law can be subjective and overly sentimental, it need not be, and that testimony might be given special objective consideration for at least three reasons: 1) Far more than the testimony of friends or colleagues, family testimony is weighted by history. I have known Jim Abadie for thirty years; 2) My testimony is weighted by comprehensiveness. That is, I have seen Jim Abadie's character manifest in every arena of life. I have observed thirty years of *personal* choices, *family* habits, *faith* expressions, and his commitments at *work* and in the *community*; 3) Family testimony is informed by a degree of proximity that even his closest friends and colleagues cannot offer. It is based very little on hearing from others or reading in a company report how he behaved on a job or in a meeting. It is drawn mostly from direct immediate contact with Jim.

For these reasons, at least, I hope my comments below will be a helpful contribution to the testimony about my brother-in-law's character and the life that his character continues to produce.

One of the main reasons that I have achieved so many of my own personal life goals is because Jim helped redirect my passive laziness into a commitment to wake up at 5:00 a.m. every day and "get at it". Jim's advice over the years has always been illustrated by his own lifestyle. I rode to work with him five or six days a week for months, and the conversations and time with Jim added to his title, *Brother-in-law*, the titles of *Friend* and *Mentor*. Jim encouraged me, so I kept on writing songs and penned a number one song in 1990. He kept on challenging me, so I pressed into my education and graduated Cum Laud, and will be finishing my Master's degree this Spring. Jim has been motivating me for years to pursue starting my own business, and I started an LLC this year.

Every success I will ever achieve will bear the handprint of Jim Abadie because of his ongoing influence on my charcter by his words and example. I can hardly convey my wishes for leniency with regard to Jim. Would that Aristotle himself could plead with logos, ethos, and pathos enough to convince your Honor of the "witness" of Jim's life. I am praying that you will perceive and feel the truth of things as you sentence Jim. Please admit the individual testimonies of friends and family. Please receive our collective voice.

Respectfully,

Kenneth Holden
64 Locust Avenue
Scarsdale, New York  10583

July 5, 2012

Hon. Allyne R. Ross
United State District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York  11201-1818

RE:     United States v. James Abadie
        Case No. 12-274 (ARR)

Dear Judge Ross,

I was Commissioner of the New York City Department of Design and Construction from 1999 through 2003 and was the First Deputy Commissioner from 1996 through 1999.  During those years the agency I headed worked extensively and successfully with James Abadie and Lehrer McGovern Bovis and its successor companies on various projects.  But here I relate two instances that specifically reflect James Abadie's character and his strong sense of service to the City of New York.

The Department of Design and Construction headed the clean up and debris removal effort at Ground Zero.  James Abadie was one of the small group of professionals called by the Department of Design and Construction late on the morning of September 11th to examine the site and help determine an engineering/construction strategy for mobilizing efforts to find survivors.  Jim worked tirelessly during those early days as we supported the Fire Department, Police Department and Port Authority's effort to find survivors.  Those efforts soon shifted to stabilizing the site, recovery of remains and cleaning up the debris.  We all worked endless hours attempting to achieve the impossible – a fast clean up so as to help the City and our Nation recover.  Jim was a key member of that team.  He was a critical help to me from the earliest days of the recovery to the final days of contract close-out.  Very early on and even though I knew Jim had worked days without sleep, I had to ask him to supply me with several buckets of earth from the site so the Mayor's Office could put together remembrances for the families of victims.  Not a difficult undertaking but a distraction from the urgent situation at

hand. In the end, long after the last steel beam was lifted from the site and the last of the pile of debris was trucked away and all the other contractors had left the site Jim was there by my side working on the thankless task of closing out the numerous contracts the Department of Design and Construction issued. Working with City and FEMA auditors, various inspectors and budget personnel this was a painfully difficult process. During the time in-between, Jim's dedication, hard work and sensitivity to the situation around us manifested itself daily. His involvement was crucial to my accomplishing the impossible.

Maybe a year after Ground Zero was cleared of debris and returned to the Port Authority's control I received an early morning call from the New York City Office of Emergency Management. One of the legs of a crane adjacent to a school in Queens had broken through the ground which was not able to support the weight of the crane and the crane itself and its load were now dangerously leaning up against the parapet of the school. Jim's phone number was one of the few I carried around in my wallet in case an emergency arose. Due to his extensive professional experience in New York City and his proven responsiveness and dedication I called him immediately on my way to the school. Jim showed up shortly after I had and together we figured out how to lift and secure the fallen crane without further damaging the school or harming anyone in the process. Jim was by my side from the early morning until early evening when the crisis was over. During the day he never once made me feel that I was imposing on his valuable time. He never billed me for his time even though I insisted that he do so.

There are other instances of James Abadie's dedication to the agency I headed and the people of the City of New York. These are just two of them.

Respectfully,

Kenneth Holden

Arthur Scott Horak
319 Harbor Drive
Lido Beach, NY 11561

July 31, 2011

Hon. Allyne R Ross
United States District Judge
Eastern District Of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re: United States v, James Abadie
    Case # 12-274 (ARR)

Dear Judge Ross:

Please accept this letter as a letter of endorsement as to the excellent person James (Jimmy) Abadie is.

I have known Jimmy for over twenty-five years and there not enough words in the dictionary to describe how wonderful of a human being Jimmy is. I got to know him from seeing him at the many functions when he was the honoree as "Man of the Year" for organizations such as the Boy Scouts.

I feel he truly impacted my life personally during the days after September 11, 2001. I was volunteering down there as one of the people directing the heavy equipment and working side by side with Jimmy who's role was a lot greater then mine. To see the countless hours he worked and the determination, along with the compassion he exhibited really opened my eyes as to the kind of person James Abadie is.

Jimmy lead by example there and continues to be a kind caring person today, sometimes to a fault and at the expense of his children.

There have been many times over the past twenty five years I have had a situation whether business or personal where I needed a sounding board or a voice of reason and I would pick up the phone and call Jimmy. He would take the time to help me think it through carefully and logically and made me see points that I missed originally.
I am just one person and I am sure there are many other people who he has done this for; that is the kind of person he is. To know Jimmy is to love him.

Respectfully,

A. Scott Horak



July 8, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re:     United States vs. James Abadie
        Case No. 12-272 (ARR)

Owner Representation
RE Development
Facility Validation

John E Huddy
Vice President

333 West 52ⁿᵈ Street, 6ᵗʰ Floor
New York, NY 10019-6238
(m) 212.271.4700
(f) 212.271.4707

jeh@zubatkin.com

zubatkin.com

Dear Judge Ross

I've known Jim Abadie for twelve years, first as my employer at Bovis Lend Lease from 2000 until 2009, and more recently as an industry colleague who has served many of the real estate clients of my firm. In building business, Jim's reputation has always been impeccable. He is universally seen as a leader, a fair-dealer, and a force for good, better than any other construction executive I have encountered in my 34 year career.

The reason for this is simple. Jim's trustworthy behavior and competence in his craft have made him, for those of us who work with him, a model of integrity – someone that we would all like to be, and someone we would all like to collaborate with. That collaborative spirit has led to innovations in how construction companies operate, build and serve the New York community that will long outlive Jim's own career. They will, in fact, be a legacy of excellence in achievement, and a testimonial to how Jim has served the city. Several examples of this come to mind.

People feel compelled to do the right thing when Jim asks them to, simply out of respect for Jim. I remember some years ago, there was an impetus within the Lend Lease corporate organization to raise the bar on safety planning and compliance world-wide, far beyond what local or national codes might require. Jim took on the task of making this a reality in New York, which had some of the most hardened attitudes about what is and what is not standard procedure, or is a safe way to work. Our own management staff was among the most truculent. I recall meeting after meeting where Jim tried to persuade us that we needed to improve things, not simply do what we were used to doing, even if that cost us business. He may not have convinced every heart in the room, but he persisted, and even those who didn't believe in the initiative still went ahead with it because of Jim. He wouldn't ask us to do what he wasn't willing to do himself. Those innovations are now a standard for all major construction projects throughout the city.

People seek out Jim's advice and counsel because he is even-handed and fair. Last summer, I attended a roundtable discussion that Jim hosted for the leading real estate and development executives in the tri-state area. The purpose was to advise them of the work Jim had been doing over the past three years to educate union membership and their elected representatives on the new post-2008 economic climate, and on what organized labor needed to do if they expected to



remain viable in the local construction economy. This was a project that Jim initiated out of concern for the well-being of all of the stakeholders in our industry. So while the details of the negotiations were certainly of interest to us, what impressed me (and I'm sure others in the room) more was the confidence that so many union leaders and industry leaders have placed in Jim's proactive, consensus-building approach and in the impartiality of his conclusions.

People welcome Jim's leadership because he is self-effacing and leads by example. In the days following the 9/11 tragedy, I and many hundreds of others from Lend Lease took our turns working shifts assisting the rescue and recovery. Jim, however, was down at the site literally around the clock. That Saturday, I remember being posted to the temporary command center on Chambers Street, the coordination office for the all of the construction companies that were working to remove debris, provide access for the emergency responders, and begin restoration of services. In the conference room were a dozen of the most experienced senior executives from those companies - Jim was leading the meeting. With all of the terrible problems we had at the time, Jim was able to calmly assess what we all had to report, matter-of-factly let us know what needed to be done next, and everyone went out and did their job without question. His personal commitment and level-headedness during that time was a stabilizing force and a comfort to many.

Your Honor, Jim Abadie is a good man, a good father, and a good friend. He has been able to affect positive change in a challenging industry over a long career, and has many more contributions to make if he is permitted to do so. He has improved the lives of construction workers and the public through the initiatives he has sponsored. He has made New York a better place. I ask that you consider this before sentence.

Most respectfully,

John Huddy
Vice President

Michael J. Ianniello
344 Carroll Ave.
Mamaroneck, NY 11543
July 10, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,

As a former employee of James Abadie, I have nothing but respect and admiration for a man who always put his employees first. No matter how busy his day was he was always available to help out or lend a kind word during difficult periods of the respective job. A friend of mine, who worked for as an owner's representative and did not know Jim, happened to be on a job that Jim visited. My friend had nothing but admiration for a man who reviewed the job and then sat down with the entire team to come to solutions that all were satisfied with. When he was finished, he thanked everyone for their time and left.

During my years at Bovis Lend Lease, Jim always had his door open to all. He always made all attendees comfortable at meetings and never was discourteous or condescending. You will not find anyone at my former company who had anything but nice words for Jim. I had often told my family, I will work for Mr. Abadie for as long as I can. I have been with a few of the big Construction Management companies in New York, and he was by far the best I have ever worked for, both from a personnel and private level. He character is far beyond reproach, whether it be at a fund raiser, conference or just having lunch with him.

To "Gentlemen Jim" kindness, sincerity and professionalism are part of his character. I truly believe you cannot falsify those characterizes, you either have them or you don't. James Abadie has that and so much more. God bless him and his family.

Respectfully,

Michael J. Ianniello



**MILLENNIUM PARTNERS**

1995 Broadway
New York, NY 10023
212.875.4900 Tel
212.595.1831 Fax

Christopher M. Jeffries

October 16, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, NY 11201-1818

RE:     **United States v. James Abadie**
          **Case No. 12-274 (ARR)**

Dear Judge Ross,

I am the founder of Millennium Partners, a New York based real estate development company. From 1990 through 2004 we retained Lehrer-McGovern Bovis as construction manager for our numerous development projects. During this period I had occasion to work closely with Jim Abadie in his capacity as the executive in charge of Bovis field operations. Jim Abadie is a remarkable person who was always willing to give of himself when an employee was in need. I am thankful for the opportunity to have been associated with him. Honest, hard working, knowledgeable, and reliable are some of the adjectives that I would use to describe Jim. During frequent jobsite visits I was constantly amazed how well respected Jim was by the men and women who worked for him. No doubt they understood that he was as concerned for their safety and well being as he was for his own.

Respectfully,

Christopher M. Jeffries

San Francisco

Boston

Washington, D.C.

Miami



49 West 45th Street, Suite 900, NY NY 10036    Phone (212) 575-0950    Fax (212) 575-4844
www.thecementleague.com    email: thecementleague@verizon.net

Joseph S. Kaming, Director
The Cement League
49 West 45th Street – Suite 900
New York, NY 10036
June 14, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, NY 11201-1818

Re: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross:

This is a personal note on the character of James Abadie. This offering is reflective of his high esteem as a decent, constructive human being, which opinion is universally shared by the many members of the Cement League.

James Abadie is a good, talented, fair individual. His disposition is to do things well and honestly. He was the best person with whom to address problems. His creed was to listen, be straightforward and focused on a just conclusion. Perhaps it is surprising that such a good person, given the world of convoluted personalities, rose so quickly, seemingly to his misfortune. He achieved because he was exceptionally decent and loved solid accomplishment, his buildings.

His delight was a good job well done. The happiest face I ever saw in this industry was his beaming visage the morning after the successful Time Warner completion celebration. These are the good works and that is the real James Abadie.

Respectfully,

JOSEPH S. KAMING
Director, The Cement League

Michael R. Keller

4908 Windpower Way, EC, Maryland 21043

Tuesday 3 JULY 2012

Hon. Allyne R. Ross

United States District Judge

Eastern District of New York

United States Courthouse

225 Cadman Plaza East

Room 915S

Brookly, New York  11201

. RE: United States v. James Abadie

Case NO. 12-274 (ARR)

Dear Judge Ross,

I am currently in Afghanistan serving our country in a non military capacity.  James Abadie is my mother's brother and my Uncle.  From a very young age,  I have admired my Uncles character, family morals,  integrity and strong relationship within his community.

James' true character came out on September 11th,  2001.  While I chose the war route, James served our country in an equally important capacity by spearheading the cleanup of the twin towers.

Although James may have made some poor choices over the past few years, I do not think this accurately reflects his true character, morals, and love for his country.  James' true character is the man who gave an outstanding speech at my wedding,  the man who loves NY, the man who built a cabin in upstate NY to host his family,  the man who loves his family above all else.  In return,  over the past 5 years,  I have made it my mission to return the favor by honoring him with ceremonial flags, flown in the face of the enemy, at various forward operating bases in Afghanistan.

I pride myself in knowing that I implore the highest integrity maintaining the highest security clearance within the USG.   I do not admire many people, or hold them with the same revere, but James is a person that I hold dear to my heart and personally believe he is a truly good person.

V/R

Michael R. Keller

Michelle Keller
120 Pine Lake Road
Duxbury, Massachusetts 02332
July 2, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York  11201-1818

RE:  United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross:

I am writing this letter on behalf of my brother, James Abadie. Jim, my sister, another brother and I were blessed to grow up in a loving, self-sacrificing family with solid core values modeled by our parents. Jim was always a happy, positive, kind, giving and fun child, and he is the same as an adult today.

He became the "Rock" in our family in his early college years after my Dad died suddenly. He made the funeral arrangements with my Mom, put a roof on her house, helped clean up after she had a major flood in her house, and flew to Florida to help me take care of her after she had bilateral knee replacements. When she was medically unable to live in Florida anymore, he and his wife packed up her house.  Later on he visited her every day in Queens when she was in rehabilitation recovering from colon cancer surgery, driving from the Manhattan to Bayside then back to his home in Westchester. He is always doing and giving despite his busy schedule.

Jim played a large role in collaboration with others in the cleanup of the World Trade Center Towers after 9-11. He worked tirelessly until the job was completed ahead of schedule and under budget. Jim subsequently developed cancer which his doctors thought might possibly be related to being exposed to all the toxic debris at the Trade Towers' site. Other than taking a few days off after the cancer surgery, he worked every day with radiation sickness, second and third degree burns and painful weeping blisters on his chest, back, and abdomen. He did this because after he was asked to resign from Bovis Lend Lease during the union payroll investigation, he was eventually hired by a different company, and he wanted to support his family. It was like he was just wiped off the map by his employer and The City of New York despite all his efforts and hard work. I know it broke his heart not to be able to attend the recent anniversary 9-11 events the city held when he put his heart and soul and probably his health into the cleanup effort.

Jim has suffered for a long time. It was never his intent to harm anyone ever for personal gain. I beg for mercy for him. He is a good and decent, hard-working man. He has paid a huge price in personal suffering.

In conclusion, I respectfully and prayerfully ask you to consider a statement made by Viktor E. Frankel, the famed author, psychiatrist and Holocaust survivor in his book *Man's Search for Meaning*. In it he stated, "As for the concept of collective guilt, I personally think that it is totally unjustified to hold one person responsible for the behavior of another person or a collective of persons."

Although Jim has been branded a felon, he will always be the true hero he is in my eyes and in the hearts and eyes of all who know him.

Sincerely,

Michelle Keller



VICTOR

October 19, 2011

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Re: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross:

I met Jimmy a little over eight years ago when, as a young New Jersey developer, I was trying my hardest to break into the New York City real estate market. I had studied the Manhattan market and was searching for the right and affordable property. In 2004 I signed a contract on a property in Hell's Kitchen. I interviewed many of the big builders in the City - Gotham, Levine, and RC Dolner, to name just a few. I eventually landed in the Bovis office at 200 Park Avenue. There, at their simple, yet functional location, I found the man that would become not only my colleague but my friend. Though I was probably Bovis's smallest client, I was treated with the utmost respect, honesty and equality. Jimmy and his crew, who provide services to the titans of my industry, treated us as equals. I was not given a team to work with and forgotten; rather, Jimmy and his senior management took interest in our project and provided every opportunity for us to succeed. The people at Bovis, and even my wife, joked that I had developed a "man crush" on Jimmy. That was true then, and it is still true today. In all my years in business, I have come across few people who are willing to share the vast knowledge of their craft with me without expecting something in return. Jimmy is one of those people. He is second to none when it comes to construction knowledge and the inner workings of putting a project together. I wanted my project to do well, for many reasons of course, but one of them was so I could work again with Jimmy. I was able to see first-hand the respect and compassion he showed to his

employees.  He knew each one of them <u>and</u> their story.. To me Jimmy was, is and will always be a "mensch".

Respectfully,

Ran Korolik, Vice President
Victor Homes

Hon. Allyne R. Ross
United States District Judge
United States Courthouse
225 Cadman Plaza East, Rm 915S                    Re:  United States v. James Abadie
Brooklyn, NY 11201                                        Case No. 12-274(ARR)

Dear Judge Ross,

    I, Jonathan Kraft, am writing to you about Mr. James Abadie.  I am aware that James has been convicted of a crime, but I respectfully ask of you is to consider a plea of leniency in his behalf.

    I am a 47 year old professional, grateful husband and thankful father of three beautiful boys.  I am dedicated to my family and career as a construction manager employed by Lend Lease.  My career in construction started in 1987 upon completion of my four year Bachelor's degree.  Initially, I created a partnership where I was involved with developing properties.  Two years later, I joined a company in New York which was called Lehrer McGovern.  For the next twenty-three plus years I remain employed by this same company.  Although the company name has changed throughout the years, the people in this organization are the reason why I have remained a dedicated employee and responsible officer of this organization.

    It is James who has most influenced my professional career, for which has enabled my career to flourish within the organization, as I now hold the title of Vice President and General Superintendent.

    I have known James for 23 years and there is no one person I have met which truly,......CARES.  I use this word without specifying for WHAT he cares, because it endless whether it be personal or professional.  He cares,...and it comes from the heart.

    James' honesty and trustworthiness are traits that I hold in high regard.  He values his assets,...which in his line of work are, PEOPLE.  People like me who would work tirelessly for the Company, because the Company was Mr. James Abadie.

    James is well respected amongst his peers in both the Company and the construction industry.  His standing in the industry and community are second to none.  He has an outstanding resume of both projects and relationships.  None of which has been more highly regarded by all in his efforts in the 9/11 WTC clean-up and rebuilding.

    Like myself, as with others I talk to, each respect Mr. Abadie.  What sets James apart from all the others is the respect found from industry leaders, down to the trade workers and all in between.

    I value James's positive influence on my career and highly regard James as a professional in the industry that has provided and guided many successful careers to those who have been lucky enough to have had the opportunity to have been associated with James.

    Again, Judge Ross, I respectfully ask that you consider James's character as I described above as I plea for leniency in his sentencing.

Respectfully,

Jonathan Kraft
65 Mountain Avenue
Mendham, New Jersey  07945 - 1322

Peter M. Lehrer
1070 Constable Drive
Mamaroneck, NY 10543
June 20, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Re:     United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross,

I have spent nearly 50 years in the construction industry as an executive, consultant and advisor to governments on difficult construction related issues, and I have known Jim Abadie over 25 years both professionally and personally.

Jim is one of the most dedicated and unselfish people with whom I have ever interacted. He has always been the "go to" guy who would help others and fight for causes that made the construction industry better. Time was always freely given without any regard for recognition or reward.

One example is that when the Twin Towers came down, Jim spent nearly two straight weeks at the site helping clear up the rubble so rescue workers could try to find survivors. He devoted himself to the clean-up of the site knowing full well the environmental dangers he faced.

Other examples are Jim's unselfish commitment to help young people embark on a career in the construction business mentoring them and helping them find jobs. Jim has been a leader in trying to bridge the gap between labor and contractors to get fair deals to support employment, good practices and general labor harmony.

I have never met a single individual who has ever known Jim that does not have the utmost respect for him as a person for his knowledge, integrity, and willingness to put other people's interests ahead of his own. Thank you for reading this letter, and I hope you may get to see Jimmy in light of the many wonderful things he has done in his life and I pray for leniency for him.

Respectfully,

Peter M. Lehrer

# NEW YORK CRANE

### 58-38 47TH Street
### Maspeth, New York 11378

June 22, 2012

Hon. Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Re: **United State v. James Abadie**, Case No. 12-274 (ARR)

Dear Judge Ross:

My name is James F. Lomma. I understand that Your Honor will be sentencing Jim Abadie. When learned this, and given the tremendous respect and admiration that I have in my heart for this very good man, I felt led to write you this letter in support of Jim.

I first had the pleasure of meeting Jim Abadie under extreme and difficult circumstances. Jim was in charge of the cleanup at the World Trade Center after the 9/11 terror attacks, and I met Jim in the City on that day. From that day on, and for the next six months, we spent many days and hours together. During this time, I came to know Jim very well. The personal familiarity that necessarily arose from working with Jim Abadie each and every day at the World Trade Center disaster site for about six months led to my developing strong respect and admiration for him. Based upon this long and personal experience, I am honored to call Jim Abadie my friend.

The value of the services that Jim Abadie provided to the City that he loves is incalculable. Every day he came to work and he came to help. Jim Abadie was selfless

and tireless in his work at the World Trade Center site. I was present with him at the disaster site every day for a period of about six months. On each of those days, Jim Abadie would arrive on site at about 5 a.m. or earlier, and leave at about 10 p.m., or later. Each and every day on the job, Jim used his extraordinary energy, passion and skill to first coordinate search and rescue operations with the police department and fire department, and then to aid in the cleanup.

I am writing this letter because I was present and repeatedly witnessed Jim Abadie working around-the-clock to help people and make things better. He also did this at great risk to his health, as he was exposed to all of the dust, debris and foul fumes and odors that such a huge cleanup necessarily circulates through the air.

My life experience has taught me that some people watch things happen, and other people make things happen. Jim Abadie is one of those bright and exceptional souls who make things happen for the greater good. Having had the pleasure of working with Jim Abadie under extreme and difficult circumstances and knowing him since that time, there are few better people that you will ever meet.

Jim Abadie has a kind and compassionate heart. Jim always extends grace to others. I respectfully request that Your Honor consider this fact when you pass sentence upon him.

Respectfully,

JAMES F. LOMMA



ESTABLISHED 1899

# E-J ELECTRIC INSTALLATION CO.

CONSTRUCTING ELECTRICAL ENGINEERS

Anthony Mann and J. Robert Mann, Jr.
46-41 Vernon Boulevard
Long Island City, New York 11101
July 17, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross,

We understand that James Abadie is involved in a court case regarding his previous actions as head of Bovis Lend Lease.

We have known him for over 10 years and wish to state our thoughts on his reputation and past actions in the construction industry.

Our company has done business over many years with his previous employer and met with James Abadie to discuss any problems and future operations. His honesty, directness and openness in all our conversations and dealings reflected on him as one of the outstanding and respected individuals in the New York construction industry.

James Abadie's involvement in the Boy Scouts of New York City has been extensive. He was presented the Good Scout Award in 2004 and was Reception Chairman to 2005 – 2011. Through his efforts over $1.5M was raised for New York City Boy Scouts. In addition, he has been very involved in the City Parks Foundation for over 10 years in assisting their running programs in over 700 parks in New York City and raising hundreds of thousands of dollars for their organization. He was honored at an annual gala as a primary advocate and supporter.

His reputation and personal traits have been an inspiration to many of us in our dealings and interactions with others in the construction industry.

We do not know of many other individuals in our business that so reflect the honorable way in which he has always conducted himself and been acclaimed for.

Very truly yours,

Anthony Mann
President & CEO

J. Robert Mann
Chairman

Anthony D. Mannion
27 Tall Oak Drive
Huntington, New York 11743

July 1, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1018

RE: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,

I have a ten year old son.

I hope he grows up to be just like Jim Abadie.

We, Jim and I, were both there after the attack on 9/11/01. The difference was I did not get to ground zero until the next day on 9/12/01 at around 6:00 p.m. I was leading a crew of Bovis Lend Lease personnel. We relieved Jim Abadie and his crew. Jim had been there nearly 30 hours non-stop, without any rest, and would not leave. I finally convinced him to leave and get some rest. You could see he was about to drop from exhaustion. We worked through the night clearing a path to "The Pile" that Jim had started the day before.

Jim came back at 6:00 a.m. that next morning and continued to lead <u>everyone</u> at ground zero for months on end. It was his duty to his fellow man and to his country that drove him. He did it because it was <u>the right thing to do</u>.

Jim's character and moral compass have always been pointed in the right direction. He has always been the first one to help out in any situation.

There have been times during my career at Bovis Lend Lease when I needed guidance during stressful, trying situations with certain clients. Jim always maintained a calm reassuring presence. He was my sounding board for handling these situations and always provided the right answer. Jim's way has always been to avoid conflict, understand the other person's point of view, and find a middle ground. In a tough industry like construction, a person with Jim's demeanor and thoughtfulness is a rarity. This is probably why Jim is so well liked and highly regarded as a person.

I have know Jim for over 30 years, the last 20 as his colleague at Bovis. I have seen the results of his efforts, both personally and professionally. I consider him one of the finest builders that I have ever known, but most importantly, I am proud to call him my friend.

Respectfully,

Anthony D. Mannion

Peter Marchetto
611 Bellaire Drive
Demarest, NJ 07627
September 11, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, NY 11201-1818

Re: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,

I am writing on behalf of, Jim Abadie, whom I have known for the past thirty-two years. During this time, Jim and I have worked together professionally and have become dear friends sharing family vacations together. I can confirm that Jim is a family man with solid values and morals. He is a dedicated professional who possess integrity and leadership and I respect Jim for the person he is.

I was thinking of how best to convey to you what kind of person Jim is and how much character and righteousness he embodies. I thought the best way to share this with you is to attach a copy of a letter that I wrote on September 30, 2011. I sent this letter to 3,700 co-workers across the United States. I cannot think of a better way to give you a character reference that to share this letter with you.

To me, this is who Jim Abadie is and always will be. "A Dear Friend of Mine".

Respectfully,

Peter Marchetto

## "A Friend of Mine"

It is Sunday morning and I just returned from mass with my family and began to read the Sunday papers. I turned to the Metro Section of the NY Times to read about the progress being made at Ground Zero, when I stopped reading and decided to tell you about a friend of mine.

On the dreadful morning of September 11, 2001, our lives were changed forever. The events that took place on that Tuesday morning has affected every one of us and depending on who you are, it may have had a greater impact on you than others. The sad reality is that many wonderful human beings were suddenly lost and we must never forget that.

At 2:00 p.m. that Tuesday afternoon, while most New Yorkers were stunned, horrified and were frantically calling family members while trying to get home, my friend called me. He said he had received a call from the Department of Design and Construction asking for his help. He immediately found several willing volunteers and headed downtown directly into what we now have come to know as "Ground Zero". Without hesitation and concern for his own safety he frantically fought his way against the flow of individuals fleeing from the horror. Not only did he get there; he met with the city's top crisis management staff and began to assist in the rescue and recovery operation. His ability to act calmly in a crisis situation and to make helpful suggestions to the crisis management team in the command center clearly distinguished him as a true leader in our industry. My friend worked through the night on Tuesday, Wednesday, Thursday, Friday and Saturday following the attack on the World Trade Center. He found a small camper at the site and slept for a few hours at a time, only to head back into the night to help by calling in additional superintendents and contractors for assistance. It wasn't until Sunday morning, 5 days later, that he went home to be with his family for the first time since the attack. Today is Sunday, September 30th and my friend unselfishly decided to give up another weekend and spend it downtown helping with the recovery effort.

I know that he is going to be upset with me for writing this and I also know that he will continue to give whatever he has until his help is no longer needed. I wanted to share this story with you and tell you about "a friend of mine" . . . Jim Abadie. He is an American. He is a patriot. He is a Bovis Lend Lease employee. Most of all, he is "a friend of mine."

On behalf of all of your friends, thanks for being who you are!

God Bless America.

Pete

*Robert Masucci*

Robert J. Masucci
125 East Broadway Apt. 403
Long Beach, N.Y. 11561

June 26, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
  Room 915 S
Brooklyn, New York, 11201-1818

Re: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross

    I have known Jim Abadie since June of 1981. We worked as assistant superintendents together on 767 3rd Avenue. Jim was always an honest and fair person. His ability to deal with people enabled him to complete difficult projects when others could not.

    In 2005 After not seeing Jim for many years I contacted him for a Job. I explained to him that I lost my business and that I was in deep financial trouble. Jim did everything in his power and hired me back at Bovis lend lease. His kindness kept me and my family from losing our home.

    The world would be a much better place with more Jim Abadie's.

Respectfully,

Robert J. Masucci

**Mark Maysonet**
4 Orchard Terrace
Clark, NJ 07066

October 1, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9115
Brooklyn, New York 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR

Dear Judge Ross,

I would first like to start with letting you know this is one of the hardest letters I never thought I would have to write. When I think of Jim Abadie, there is nothing but greatness that comes to my mind. From the moment we met he became my mentor, as well as, a personal friend. I have felt privileged to know such a brilliant construction executive who out of the kindness of his heart took me under his wing and gave me much insight and knowledge into the construction industry, which in turn has made me a better businessman today. I had been a small contractor whose vision was limited to small residential development yet Jim had enlightened me and explained ways for my company to pursue opportunities in not only the residential arena, but also in the commercial and governmental environment as well.

As a small contractor Jim has generously, at no benefit to him, taught me how to navigate this business. The first day that I meet Jim he quickly assessed my company's capacities and realized he could help me grow and did through mentorship, as well as, making me aware of bidding opportunities that my company was suited for. Jim has instructed me through challenging times in the construction industry as no other can, based on his 30 plus years of experience while developing NYC. He simply has seen and been through it all. Jim has spent countless hours educating me about Unions and he quickly convinced me that I am not suited for them yet, at this time and suggested I first enter the MTA mentorship program and the SCA mentorship program to help develop my company to one day evolve into a union capable company.

On many occasions Jim has taken time out of his busy schedule to spend time with me in NYC and offer guidance on how to evaluate opportunities for work, submit and get change orders approved and how to handle challenging situations when my company was not getting paid on a job. Jim has been an invaluable mentor and asset to my business.

The above is just a small description on Jim the Mentor, as I could write pages on end of how he has guided me, but now I would like to talk to you about Jim, my friend & confidant. Over the years our friendship started out with the basics of any friendship, similarities to our love of sports and the outdoors as well as both of our passion for family. He has always pushed me in our friendship to go

further and to always strive for more. There were moments when I was having real troubles with my teenage sons and he sat me down and really made me understand why my son were acting the way they were. He was always able to help based on his experiences with his sons. He is a wonderful loving father. It may not seem like a big deal to most, but I do not have any brothers and few close male family members and our conversation made me respect him more as a parent and brought us closer together like brothers.

Our wives and children have spent many holidays together and we have made the Abadie family part of ours as they have done the same for us. We both enjoy downhill skiing and frequently ski together at Hunter Mountain, He also introduced me into hiking in the Catskill Mountain ranges, which we do together as well as with our families. As typical with Jim, we were once out hiking with friends and we came upon a sick owl, most people would have left the wild owl there to die, but Jim insisted upon carrying it out of the woods and bringing it to a local veterinarian for care. He cared for that owl as much as any animal domestic or wild.

As families always do for one another, we have done the same, there was a time when I needed helped building a shed to store fire wood and without any hesitation he cancelled plans to go hiking for the day and helped me build it.

We also share and enjoy many family traditions together but the one that always makes me smile the most and look forward to each year is the decorating of the Abadie Christmas tree. Traditionally each member of our families create personalized ornaments which are the only ornaments hung on the Abadie Christmas tree as we enjoy each other's company and bring the true spirit of Christmas into Jim Abadie's home. We start out with warm gathering over a warm meal where each family contributes to with a favorite dishes or cheer. Then the movie "it's a Wonderful Life" is played on the TV while we each make our own personal ornaments from a table filled with art and craft materials as we laugh and enjoy each other's company. The ornaments are always amazing as they are hung on the Christmas tree. This past Christmas when we were decorating the tree I was looking at all the wonderful ornaments of past years, how the ornaments reflected the children's growth and the many families have been personally touched and blessed by Jim and his family. Those memories are priceless and can never be replaced.

Sometimes we look at people and judge a book by its cover, but when people have gentle souls it shines thru everyday. I have shared a few personal stories of his character but to know Jim is to love him.

I would like to end my letter by stating that Mr. Jim Abadie is one of the nicest, kindest, and generous men I know & I will always be thankful for the day we became friends.


Respectfully

Mark Maysonet

950 THIRD AVENUE · FOURTEENTH FLOOR
NEW YORK, N.Y. 10022

AISLINN S. McGUIRE
DIRECT DIAL: (212) 909-0739
DIRECT FAX: (212) 909-3539
AMCGUIRE@KMM.COM

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

September 5, 2012

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  United States v. James Abadie
> Index No. 12-274 (ARR)

Dear Judge Ross:

I understand that James (Jim) Abadie will be sentenced by Your Honor on November 8, 2012.  I write to you to present my opinion of Jim and of his reputation.

I vividly remember the day I met Jim Abadie.  I was one or two years out of college and contemplating applying to law school.  While home on a vacation, my father, who is an attorney, suggested I attend some union negotiations he was involved with on behalf of a multi-employer association for which he serves as General Counsel. The negotiations were between the association, known as CAGNY, and a big construction union in New York City.  Jim was the lead negotiator for CAGNY and was, to say the lease, impressive.  I remember leaving the negotiations thinking two things: 1) No matter what I do and how hard I try, I will never be as knowledgeable and expert at anything as Jim Abadie is about construction and; 2) his kids are lucky.

During the negotiations, the union raised various objections to CAGNY's proposals, most frequently citing the "practical implications" that the proposal would have "in the field."  The problem for the union in employing this tactic,( which I am sure worked with other multi-employer associations), was that CAGNY had Jim Abadie.  It was incredible to watch him respond respectfully and expertly to every point the union raised and it was evident that his knowledge and experience were unparalleled.  It was also obvious that his years of hard work in and on behalf of the construction industry had earned him the respect of his peers, both union and management – when he spoke, both sides stopped shouting and attentively listened.

During breaks in those negotiations, my father, Jim and I chatted about our lives and Jim proudly and lovingly talking about his three young sons, their



adventures together and his sons' accomplishments. I recall thinking "how can he work as hard as he obviously does and be as dedicated a father as he also so obviously is?"

Over the years, Jim has become a close, personal friend. He has been a loyal and dedicated friend to my father and to me. When I joined my father's firm, I frequently called Jim for basic information and with complicated questions about construction or seeking advice about how to handle a situation with a union. Despite an incredibly demanding schedule and what must have been hundreds of calls a day, Jim always promptly returned my calls, answered my many question, and gave me excellent advice.

In 2001, I was living in Boston and spoke frequently with my parents about what was happening at the World Trade Center site in the weeks and months following 9/11. Both spoke of Jim's incredible dedication: he was coordinating clean-up efforts within days and did not leave the site for three months. Even after he was diagnosed with cancer, most likely from his constant presence at Ground Zero and exposure to carcinogens there, he did not complain, he did not blame, he did not seek compensation from the fund for Ground Zero workers – he just rose to the occasion as he is wont to do, fought the cancer and moved on.

I also work with Jim's sister and have met his son Jason a number of times and through them know what a significant role Jim plays in his family. His dedication as a father I have already mentioned; he is an equally dedicated brother, husband, uncle and most importantly (says the mother in me), son. Jim helps care for his elderly mother emotionally and physically and is a regular presence in her life.

I have the highest regard for Jim and believe him to be a man of integrity and principle. If anything, Jim's fault is in putting the needs of others before his own. Jim cannot be summed up in a word or described by a single quality – he is the sum of his remarkable parts, and at his core is simply a hard-working, caring, compassionate, decent man. It is these core qualities that make him the upstanding citizen, loyal friend, dedicated employee and devoted father, husband, brother and son he is.

Respectfully submitted,

Aislinn S. McGuire

ASM/sc


RAYMOND G. McGUIRE
DIRECT DIAL: (212) 909-0711
DIRECT FAX: (212) 909-3511
MCGUIRE@KMM.COM

TELEPHONE (212) 644-1010
FACSIMILE (212) 644-1936

NEW YORK
LOS ANGELES
WWW.KMM.COM

September 5, 2012

The Honorable Allyne R. Ross
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. James Abadie
              Index No. 12-274 (ARR)

Dear Judge Ross:

      I understand James Abadie will be sentenced by you on November 8, 2012. Jim has asked me to write to you on his behalf. Since I regard him with the highest respect and utmost affection, I told him I would be honored to present my opinion of him and my sense of his reputation to Your Honor.

      The Contractors Association of Greater New York ("CAGNY") is a multi-employer bargaining association that represents the interests of high-rise contactors in New York city in their relations with construction unions and also with state, city and federal agencies that regulate the construction industry. I am its Managing Director.

      My law firm formed CAGNY in 1984 at the request of a half-dozen of the then leading construction managers in New York City. Among these charter members of CAGNY was Lehrer McGovern, LLP, a young and dynamic high-rise contractor that had been formed by former executives of Morse Diesel, Inc. Gene McGovern, who ran Lehrer McGovern in partnership with Peter Lehrer, was an active participant in the first few years of CAGNY's existence but passed his CAGNY Vice-President's position at CAGNY to his son Eric in 1987. Eric in turn quickly passed the torch to Jim Abadie when Eric took over responsibility of the construction of the Canary Wharf project in London, United Kingdom.

      Although I had known Jim Abadie before he became Lehrer McGovern's representative to CAGNY, it was only after 1989 that I got to know Jim well, both on a professional and personal level.



**KM&M**

KAUFF McGUIRE & MARGOLIS LLP

Virtually from the first day of his involvement in CAGNY Jim became an important resource for me and for the other members of our Association. He had an encyclopedic grasp of the complex world of construction industry labor relations in New York City that, at the time, was matched by only a few experienced CAGNY representatives, most of them twice his age. By 1993, which was our fourth cycle of negotiations with the five unions we dealt with, Jim Abadie was chair of the Labor Relations Committee and our acknowledged expert on all things involving our union partners.

By September 11, 2001, Jim Abadie was one of the most respected construction executives in New York City. He was trusted by union business agents, respected by his competitors and revered by virtually all of the Lehrer McGovern folks who worked for him.

It was on and after September 11, 2001, however, that Jim Abadie rose magnificently to the challenges presented to the NYC construction industry by the collapse of the World Trade towers. Lehrer McGovern Bovis ("LMB") (successor to Lehrer McGovern) was one of the four construction managers chosen by New York City's Department of Design and Construction ("DDC") to oversee the rescue effort and eventually the clean-up of the Twin Towers. As LMB's general superintendent, Jim had primary responsibility for directing LMB's efforts in the south-west quadrant for which it had responsibility. I was present at Ground Zero, as it was then known, off and on for several months, coordinating various labor relations issues with DDC and the construction managers assigned to the clean-up.

Jim spent the better part of the first month of the rescue effort living at Ground Zero and spent a good part of the following ten months working a 7-day week to make sure the 24-hour a day complex clean-up operation proceeded according to plan.

To the handful of construction executives and city officials who managed the clean-up, the two people who were Ground Zero's acknowledged leaders and who were given the most credit for the incredible achievements of the construction crews working there were Michael Burton, from the New York City Department of Design and Construction, and Jim Abadie of LMB. Jim gave up his family life, his professional life and his personal life in service to his community and to the bereaved families who lost loved ones in the Towers' collapse.

I do not want to comment on the crime to which Jim Abadie pled guilty, except to say that the last person in the construction industry I would have expected to plead guilty to a crime is Jim Abadie. In my experience with him over the past 25 years he has been honest to a fault and always has acted in the best interests of his clients, of his company and of the industry at large.



KM&M
KAUFF McGUIRE & MARGOLIS LLP

As I am sure other people will tell you, Jim Abadie contracted testicular cancer, almost certainly as a result of his exposure to carcinogens at the World Trade Center site. He dealt with that illness stoically – I have never heard Jim whine about anything – even though he knows there could well be a recurrence.

I am sure many of the testimonials sent on Jim's behalf will tell you of his strong commitment to his family and his wife Bonnie's family. I know Bonnie well, Jim's sister, Mary Warburton, very well and also have spent time (in Vietnam where he lives) with Jim's brother Michael and his wife Le. They are all, to a person, honest, down-to-earth, decent people. And they have supported Jim unwaveringly through this ordeal.

In sum, your honor, you have before you a model citizen, who has always put others before himself, who has never shirked his responsibilities and who has earned the respect of virtually every person he has dealt with in the New York City construction industry.

Respectfully,

*Raymond G. McGuire*

Raymond G. McGuire

RGM/sc

4843-4426-9072.3

James C. McKenna
159 Konner Avenue
Pine Brook, NJ 07058


July 11, 2012


Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

**RE: United States v. James Abadie**
**Case No. 12-274 (ARR)**

Dear Judge Ross:

I am writing on behalf of Jim Abadie. Jim has been a fierce competitor, a fantastic colleague and a pillar of the construction industry, both professionally and philanthropically, over the 25 years I have known him. He is a great builder who has trained many construction professionals over the past 20 years. Jim has been a positive influence in our industry and always taught by example regarding respect for others.

I personally witnessed Jim's compassion and efforts to improve a horrific situation in the hours after the 9/11 attacks. In those early, critical hours, Jim was the strong leader who organized construction personnel to assist with recovery efforts. He created calm in the chaos with his confident demeanor and compassion and instilled a sense of hope in the many professionals and volunteers at the World Trade Center site.

I hope you will consider the positive impact Jim has had on me, many people who work with me, and the construction industry in general.

Respectfully,

James C. McKenna



EVERYTHING METAL AND GLASS
ENGINEERING • DESIGN • FABRICATION • INSTALLATION

John C. Melching, Jr.
2758 N. Sugan Road
New Hope, PA 18938
October 15, 2012

Hon. Allyne R. Ross
United States District Justice
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, NY 11201-1818

RE:    United States v. James Abadie
       Case No. 12-274 (ARR)

Dear Judge Ross:

My name is John Charles Melching, Jr. I am an architectural engineer and owner of a company called American Architectural, Inc. (AAI). I have been a friend of Jim's for nearly thirty years now. Not the kind of friend that visits his home frequently or goes to dinners with our collective families, but a friend that has counted on Jim's fairness and moral character on many occasions. He has been a mentor and friend whenever I needed proper advice and confident direction on a myriad of issues I have had throughout my life.

My firm, a metal and glass provider, at its peak, employed as many as 300 men and women. This means that approximately 600 to 800 people, accounting for family members, relied on my firm to support them through their respective lives. We, at American Architectural, Inc., have always, ALWAYS, treated each other as family. Just as important, is the fact that Jim always made me feel respected and worth spending time with. To find someone in the industry that treated me as well as any family member is certainly rare. Jim Abadie is that person. I can count on one hand how many people I put in that honored and valued position...out of many of the thousands I have met throughout the years!

More specifically, there were times when clients of Jim's were not paying bills to AAI in a reasonable fashion, requiring Jim to go to bat for us. Some of these payments were very large and could have easily put us out of business. Jim risked his own relationships with his clients to make sure we were paid. He has done this on more than one occasion. Without a person like Jim to count on, there would be no way to continue in the industry. I have heard similar stories from many other sub contractors in the industry. When I needed advice on issues that affected the next step in my career, when I was afraid of many unknowns I would face, Jim was there to give me council without any pressures...just as a true friend, that cared about others more that himself, would. I can honestly say that any advice discussed with Jim, when used, was extremely helpful in many people's lives for many years. He at no time asked for anything in return. He truly is a man above most men, and he will always be in me and my wife's prayers.

Respectfully,

John C. Melching, Jr.

Rose Melendez
8718 Ridge Blvd., 1M
Brooklyn, NY 11209
June 14, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

RE:    United States v. James Abadie
       Case No. 12-274 (ARR)

Dear Judge Ross;

I walked into the office one morning after being on vacation for a week to see a huge banner about 12 feet by 5 feet stretched above the entrance to the reception area.

It read, "CONGRATULATIONS ON A JOB WELL DONE!".  Under those words were the names of the men and women that worked hard to secure a contract that would put hundreds of people to work at a time when we all wondered if there was any work at all. I knew immediately that Jim Abadie had that banner made and displayed.

It wasn't always a banner but no matter whom you were, or what your name, Jim Abadie took the time to acknowledge the work you did.

In a world where we sometimes forget the importance of providing recognition, Jim managed to make me feel that the work I do is important and appreciated.  If Jim did that for me, then I know he's done it for countless people over time.

It is a pleasure to have had the opportunity to work with him.

Respectfully,

Rose A. Melendez

Thomas Metcalf
103 Ocean Avenue
Sea Girt, NJ 08750
June 16, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, NY 11201-1818

RE: United States Vs James Abadie

Case No. 12-274 !ARR)

Dear Judge Ross,

I am writing in support of Jim Abadie who I have known for many years through business. Jim has always been a thoughtful, fair and popular leader. My dealings with Jim have been through contract negotiations and project fulfillment where his personal integrity always set him apart.

The time I appreciated Jim's character the most was when I was at personal odds with one of his associates. Instead of bullying me, easily done in his position, he called us both to his office and brokered a fair and equitable settlement, and alleviated the personal friction. I was always impressed with that win/win attitude and became a big admirer.

Respectfully,

*Thomas Metcalf*

Thomas Metcalf

**MOORE** Holdings

*Infinite Possibilities*

DAVID L. MOORE
Chairman & CEO

July 12, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross,

I am writing to you in support of Jim Abadie, whom I have known for over 10 years. While many people contacting you may know Jim as a friend or through business, I have gotten to know Jim through the City Parks Foundation, of which I am Chairman of the Board. Jim served on the board of our organization for almost 10 years, and in doing so he helped make a positive impact on the lives of hundreds of thousands of kids throughout NYC.

City Parks Foundation is the only city-wide charity that runs programs in parks in all five boroughs, helping improve neighborhoods through great programming in hundreds of parks. Our organization touches over 600,000 New Yorkers with sports, arts, education and partnership programs with community based organizations. We have thousands of volunteers, and in many ways make a significant impact on life in NYC.

Jim joined our board as a result of the corporate citizenship effort that his firm had engaged in throughout NYC. Under Jim's leadership, they not only donated tens of thousands of dollars to our programs, but also participated in a wide range of programs in support of athletics, arts and education programs in NYC parks. City Parks Foundation works closely with the NYC parks department in running programs in over 750 parks throughout New York City, most of which are in underserved parks in minority communities. With Jim's support and leadership, our programs have expanded over the past decade.

As a result of Jim's and Bovis Lend Lease's efforts, he and his firm were honored at our Annual Gala several years ago. With great effort, this event brought in hundreds of thousands of dollars to our organization in support of all of our programs.

City Parks Foundation and the kids of NYC have been fortunate to have Jim as an advocate and supporter. Jim has been an important and contributing citizen in NYC, and his firm has done much good for the kids of NYC.

Respectfully,

David Moore

# UNIVERSAL BUILDERS SUPPLY INC.

### 27 Horton Avenue, New Rochelle, NY 10801
### (914) 699-2400
### Fax # (914) 699-2609
### www.ubsi.com

EXECUTIVE OFFICES

**Kevin M. O'Callaghan**
**President & Chief Executive Officer**

June 20, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re:     United States v. James Abadie
        Case No. 12-274 (ARR)

Dear Judge Ross:

I have had the honor and pleasure to know and work with Jim Abadie for approximately 25 years as we started in the Construction Industry and at our respective companies at approximately the same time.

Throughout his career, Jim has been a strong advocate for safety innovation, best practices and competitive work rules. He has angered management and unions equally and often, trying to champion the union construction industry beyond his various management positions in one of the most powerful construction companies in New York City. Jim has sacrificed family time to run important jobs in San Francisco, Boston and Chicago often putting his loyalty to customers and the industry ahead of his personal comfort. His sacrifice amplified by the leading role he plays in his community and with his loving wife Bonnie and his three (3) sons.

His role within Bovis Lend Lease was a beacon of integrity in our industry always putting the project at hand ahead of himself. The entire N.Y.C. Construction Industry is safer and better because of Jim Abadie's involvement over the last 25 years.

By "backing" The Paul Jackson Fund for a number of years, Jim helped raise hundreds of thousands of dollars for this "Charity of Last Resort" (www.pauljacksonfund.org).

It saddens me greatly that Jim has had to suffer the humiliation and public embarrassment he has, given his stellar reputation. The majority of the industry knows him to be honest, forthright and unselfish in all of his dealings.

Please judge with mercy and compassion this great and honest man, for his family's sake and as a message to our industry that the good guys are recognized and Jim is undoubtedly one of the good guys.

Respectfully,

Kevin O'Callaghan
President
KOC/sh



**TONY O'CALLAGHAN**
One Moss Run
White Plains, NY 10605

June 20, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re:     United States v. James Abadie
        Case No. 12-274 (ARR)

Dear Judge Ross:

I have known Jim Abadie since he first arrived in the business over 20 years ago.  He has always been very professional, very honest and took extraordinary care of the client.  I have always known Jim to be as good as they are in the construction business.  I do feel what happened was due to long standing agreements with various unions involved.

It was a mistake anyone could have made and I truly believe he was not trying to cheat any agencies that appeared to be charged, or for personal enrichment.

I have recently retired from the construction business after 53 years and I have never met a finer representative of the industry than Jim.

Respectfully,

R.A. O'Callaghan

Kris D. Olsen
72 Rosewood Lane
North Attleboro, MA 02763


July 27, 2012


Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11202-1818

RE: United States v. James Abadie
     Case #12-274 (APR)

Dear Judge Ross

As people grow through life we like to judge our happiness by the quality of friends and family we share our lives with.

I truly feel blessed to have Jim Abadie as one of my most valued friends. I met Jim earlier in my life and have known him for almost 30 years. He has helped mentor my career and has impacted my personal life for the better. I could regale you with personal and professional experiences but to truly understand they type of individual Jim is, is to know the impact he's had on many, who don't even know him, through the aftermath of the events of September 11, 2001.

You see, while many ran home to reassess, regroup and be with their loved ones...Jim took a different avenue. Jim ran into the chaos. While working with Bovis Jim had reason to be downtown by Wall Street checking on the status of ongoing projects when the tragedy occurred. You have to understand that the contacts that Jim has with public officials and the trade contractors, Jim was a vital part of organizing the containment, rescue and clean up of this awful tragedy. Through his knowledge of construction and valued reputation with those in the city and trades he was able to aide in getting the manpower and equipment needed on site in remarkable time frame.

This after all these years might not impress some, but I know the personal sacrifice this man has suffered to aide others. I know the Jim Abadie that has at times fallen asleep on his plan table and spent hours upon hours, sacrificing personal time, with great impact on his family life and to help others.

During this time, with Jim being Jim, not thinking of himself I had a hard time reaching him by phone. He was always in a meeting or on site. It would only be when I reached out to his wife Bonnie that I could get a true idea of how he and his family were holding up. Her voice was very telling in the strain that came across the line. She and their boys were missing their husband and father, but completely understood and appreciated what he was doing.

In telling my daughter Chloe why we are writing this letter and what Jim's future could be she was truly awe struck. She is completely sadden by all of these events but sees Jim as we do; a hero. She frankly said that she wished she had known all of this at the end of the school year because she would have loved to have written her "hero" essay about her "uncle" Jim.

This is the Jim Abadie that I along with my family have grown to know, love and respect.

Respectfully,

Kris D. Olsen



# Peckar & Abramson
A Professional Corporation • Attorneys & Counselors at Law

41 Madison Avenue
20th Floor
New York, NY 10010
tel 212.382.0909
fax 212.382.3456

July 10, 2012

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Room 915S
Brooklyn, NY 11201-1818

New Jersey

San Francisco

Los Angeles

Orange County

Miami

Chicago

Washington, D.C.

London

www.pecklaw.com

Dear Judge Ross:

I write to you on behalf of James Abadie whom I have known personally for fifteen years by virtue of his leadership role in the New York City construction industry.

Jim has always been an upstanding industry leader who by his words and actions has been among the most dedicated industry leaders in the efforts to create harmonious labor relations and safe worksites for the workers. He has also led the industry in support of many public service endeavors including the support of the Boy Scouts of America and Helmets to Hardhats, an organization that provided employment opportunities for returning veterans in the construction industry.

For those of us who knew and worked with Jim on 9-11, we cannot forget how he was among those corporate executives who literally gave up every minute of their personal and professional lives, living at Ground Zero in a trailer for weeks and months, working at first to tirelessly engage in the rescue efforts and then to manage the recovery efforts with efficiency and dignity. We so often appropriately pay homage to the police and fire department members and we hear about those who toiled with shovels and spades in that heroic effort. However, Jim Abadie is to be counted among those heroes and that recognition, in conjunction with all his other community service, speaks volumes about the character of this man.

I offer these remarks most respectfully to the Court from my experience and perspective as the General Counsel of the Building Trades Employers Association where Jim has served many roles, including that of Chairman. As an officer of the Court I consider this submission a very serious matter and assure the Court that I have not embellished my remarks in any way.

Respectfully submitted,

Robert S. Peckar

#363117



**Robert A. Piazza**
**130 Watts Street 2N**
**New York, NY 10013**

June 27, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, NY 11201-1818

Re:     United States v. James Abadie
         Case # 12-274 (ARR)

Dear Judge Ross,

Jim Abadie is one of the finest men that I have ever met. I have known Jim for over 35 years as I am a family friend, as well as a colleague of Jim's at Lehrer Mc Govern, Lehrer McGovern Bovis and Bovis Lend Lease. He is a family man, looks out for his friends as if they were family, and treats the construction industry tough but fair from top to bottom. He is a consummate professional.

There are many examples I can give of Jim's good reputation as a person and a construction executive that sets him apart from his peers, but there is one day that sticks out above all others.

I was at my office on the morning of 9/11/2001 at the old St. Moritz Hotel on 59th Street (now the Ritz Carlton Hotel and Condos) waiting for a job meeting to begin when Jim walked into my office to tell me a plane hit the World Trade Center. We both looked at each other and thought it was an errant small plane pilot off course, but realized that was unlikely considering the perfect day outside. We turned to a computer to see what actually happened and the rest is history.

One of the first people that the NYC DDC contacted for assistance was Jim Abadie and Bovis Lend Lease. Jim spent the day at our office amassing the senior executives and planning to go to the WTC site, waiting for word when this would be possible. As we all know, the second tower fell and then later in the day around 5PM, 7 WTC went down as the Bovis team went toward Ground Zero.

As most of the city, was traveling north, Jim and his team were headed south to assist in any way possible. Jim spent weeks at Ground Zero, sleeping there and leading the contracting team. He sacrificed his time without care for his own well being, for the good of the city. This is just one example of Jim's character

Thank you for your consideration in this matter.


Respectfully,

Robert A. Piazza

David Reese
370 East 76th Street, A1502
New York, NY 10021
June 21, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re: United States v. James Abadie
    Case No. 12-274 (ARR)

Dear Judge Ross:

I am writing on behalf of Jim Abadie. I worked with Jim for many years and have had occasions to spend time with him and his wife socially. I have known Jim for 22 years.

Jim is probably the least selfish person I know. When everyone else was running from the World Trade Center on September 11, 2001, Jim was one of the first there to help coordinate the clean up. Not having a clue what he was getting into and potentially putting himself in harms way, he did this without regard for his own wellbeing. Those first months Jim spent his life there doing what he felt was the right thing for the victims, the survivors and all New Yorkers.

Jim has been a mentor not only to those who work with him but to everyone in the New York City building industry. As a leader in numerous construction organizations Jim has single handedly lead the charge to improve the safety conditions on construction projects and to assure that workers are trained to the highest standards. Jim's good counsel has been sought by City administration and clients. When planning the construction logistics for a project, we have all sought and deferred to his good judgment and creative thinking. Construction in New York City is by far in a better place because of Jim's efforts.

Jim gives freely of his free time not only to improve the industry he so dearly loves but also to his community. His energy seems to be limitless and his commitment to his family and his high school sweetheart, and wife, Bonnie, resolute.

For all of the reasons noted above, and more, of all of the people I have had the privilege to meet and be associated with, both personally and professionally, Jim is one of those who rises to the top of the list as one I am proud to have met. I hope you will consider Jim's lifelong good deeds, good will and professionalism when determining an appropriate sentence.

Respectfully,

David Reese

Jonathan Rothstein
1329 Huckleberry Lane
Hewlett, NY 11557

June 14, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
255 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

RE: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross,

   As a seasoned construction manager with 33 years in the business, I am writing to express my thoughts on the sentencing of James Abadie.

I have known James professionally for 14 years and during that time, the real estate development company that I work for, employed James's firm.

I therefore, have first hand knowledge of James's character, ethics, professionalism, his standing within our peer group, his charitable work in his community, and his love and devotion to his wife and children.

   In a business with a history of somewhat questionable relations to organized crime and corruption, James always stood out as one of "the good guys". I know him to be loyal and honest, a "go to guy", a great teacher, mentor, and problem solver, not to mention, one of the best builders in this city.

   His great gift to our business was his ability to lead men, and to bridge the communication gap between management and labor. He was the diplomat and the peacemaker, and always got the job done as quickly and as economically as possible.

   James's commitment and service during the 9/11 clean up is legendary and nothing short of heroic. I was proud to know him, especially every time he appeared in the media during that difficult time.

   From what basic knowledge of have of this case, from simply reading about it, I can only say that I was shocked, and disappointed that the company that he worked for almost his entire carrier, could treat him like they did.

   Fortunately for all, the industry is cleaner and more transparent than it has ever been, and I think the message has already been sent, and the example has been made.

Sincerely,

Jonathan Rothstein

Ada Biffar-Ryan, MD
571 Albany Ave. Apt #317
Amityville, NY 11710

July 6, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, N.Y. 11201-1818

Re: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross:

Jim Abadie is a close friend of mine.

I had a son, Eddie, that was aphasic until he was five. For many years after, he had special speaking problems. When other children refused to play with him, or completely ignored him, Jim would always take him under his wing, including him in the fun and games. Jim always made Eddie feel special. This was typical of Jimmy; always making sure that no one was neglected.

A mother never forgets these kind acts.

Respectfully,

*Ada B Ryan MD*

Ada B. Ryan, MD



Joseph B. Ryan, Ph.D.
Associate Director of Research
Clemson University
School of Education
227 Holtzendorff Hall
Clemson, SC 29634
Jbryan@clemson.edu

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross

Subj: Letter for Support for James Abadie

This letter is written in support of James Abadie's upcoming sentencing over which you will be presiding. I have had the distinct pleasure of knowing Jim for over four decades as our families have been and remain close friends. Hence, I believe I am qualified to offer an insight regarding Jim's attributes on how his hard work and personal efforts have benefited his fellow man and the community at large.

As an educator I have always been extremely impressed by Jim's enthusiasm for helping those who are less fortunate. While serving on the Board of Directors for the non-profit City Parks Foundation, he worked tirelessly for over a decade raising funds for The New York City Parks Department. His fund raising efforts benefited countless city residents through the support of community programs ranging from athletics (e.g., junior golf, senior fitness), arts (e.g., free concerts, puppet theater), and education (e.g., outdoor-based environmental programs). These programs enriched the lives of both young and old, especially those from low socio economic communities.



Jim has consistently demonstrated a selfless devotion to helping others, emphasizing the importance of education, especially in the areas of math and science. While serving on the Board of Directors for the nonprofit Salvadori Center, he volunteered his time teaching inner city school children about careers in engineering and architecture, and provided academic scholarships to those students in need. Over the years, Jim has clearly demonstrated his ability to work with and inspire young men and women from diverse cultural backgrounds, serving as a role model within the community.

I appreciate you taking the time to reflect upon how Jim has devoted his time, effort and resources throughout his lifetime to help improve the community. His efforts have made an indelible impact upon countless lives. If I can be of any further assistance, please feel free to contact me (864) 656-1531. Thank you for your assistance in this matter.

Respectfully,

Joseph B Ryan

Thomas J. Ryan
6473-136 Zuma View Place
Malibu, CA 90265
October 14, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East Room 915S
Brooklyn, New York 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross,

I have had the pleasure of being a personal friend of Jim Abadie since my early childhood. As kids we were often inseparable since we attended the same elementary school, vacationed with each other's families during the summer, and even took swim lessons together at the local YMCA. Our close friendship continued throughout our high school and college years as we sought out each other's guidance when facing many of life's personal and professional challenges. Given my long standing friendship with Jim, I believe that I am a credible judge of his personal character.

Throughout the many years I have known Jim, I have often looked up to him as a role model. While Jim has a long history of impressing his colleagues through his hard work and professionalism, I believe his greatest quality is how he continuously strives to enhance the quality of life of those around him. In this sense, Jim has served as the rock of his family and friends for so many years. For instance, over the years Jim has demonstrated tremendous dedication and patience by teaching kayaking and water skiing to countless children of friends and relations. His devotion has helped share a love and appreciation of the outdoors and nature with our next generation.

For as long as I have known Jim he has always demonstrated a strong compassion for helping others in need. Last year, my son Sean was hospitalized and required immediate surgery for an abscess at the base of his skull. When Jim heard about our family crisis, he immediately called and offered assistance by helping identify the finest specialists in the field. He also offered to provide financial assistance in the event my insurance wouldn't cover the expense. This is just one example of how Jim's life has positively impacted those around him. What concerns me the most about his current predicament is that so many people have come to depend

upon him due to his leadership, generosity, and caring nature. I hope the Court will consider his family and his well known good character when making their judgment.

Respectfully,

Thomas J. Ryan

Michael Schoonmaker
107 Windsor Place
Syracuse, NY 13210
July 4th, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York United States Courthouse
225 Cadman Plaza East, Room 915S
Brooklyn, New York 11201-1818
RE: United States v. James Abadie, Case No. 12-274 (ARR)

Dear Judge Ross,

Jim Abadie is as reasonable and respectable and decent and good-hearted as people come in this world. My aim in this letter is to share as much about who Jim really is at his core.

I've known Jim for 25 years and can attest to the fact that no matter what Jim faces in this world, from fortune to misfortune or anything in between, he will bring upon anything he encounters eight immeasurable qualities:

- Unselfishness
- Loyalty
- Kindness
- Truthfulness
- Thoughtfulness
- Steadfastness
- Lightheartedness
- Love

One of Jim's most immediately noticeable qualities is his unselfish approach to life. Quite simply, he was brought up to always think of the needs of others before his own. He does this to a fault, often putting himself and his own family in a position of need

because he so easily responds to the needs of others. He brings this unselfishness to his work, his friendships and even his everyday interactions with people in the community. I saw this recently when I accompanied Jim to his hometown bagel shop. He knew everyone in the shop, in the parking lot, in passing cars and walking down the street. I thought I was with the Mayor! And Jim didn't just know them and say hello. He knew their families, their problems and their needs. His compass is always pointed in the direction of the needs and lives of others – never just his own.

However you may cross Jim's path, you will be blessed to be the subject of his unwavering loyalty. What this means is that he will always be there for you, support you, be involved in what you are doing and bring his very best to making your life better. Several years ago, I thought of the irony of a phone call I made to him while he was tasked with cleaning up the World Trade Center tragedy. I had a question about "plaster vs. sheetrock" in my old house and as the phone rang I thought to myself, "why are you bothering Jim with this trivial matter - he's got so many more important things to do." When he picked up, he not only proceeded to patiently advise me on the answer to my question, but he also said he'd stop by to help when he visited in a couple of months.

As an off-shoot of his unselfish character, Jim exudes, to me, an enviable spirit of charity and human kindness, and is not just helpful, but almost attracted by those in great need. That's because there is something in him that feeds off of the need to help others less fortunate than himself. The past few months have been very difficult for Jim and his family, nevertheless he continues to live to help others. He downplays his own needs and difficulties and shifts the subject to others, and it is sincere. He conducts his life as though God put him here to help others. Jim will help others tirelessly until the day he departs this earth. For example, at a recent family get-together, I tried to talk with him about his situation with the current court case, and how much I wanted to help him (like he helps so many other people in need), and I couldn't get a word in edgewise. This was partly because he was concerned about me and how my boys were doing (one of them was having a challenge finding work in LA and he wanted to know what he could do to

help), but it was also because he was moving picnic tables from the blazing sun into the cool shade for some of the elderly guests who were quietly roasting in the sun.

There is a— call it "crass"—way to tell it like it is, and then there is the Jim Abadie way to tell it like it is. Jim is not interested in talking around things and covering his backside with layers of political correctness. Jim tells it like it is. Jim is honest – to a fault. He's incapable of anything but. If he does something he's proud of, he let's the world know. When I drive anywhere in New York City—I mean ANYWHERE— I am aware of every building (and there are many) Jim had a hand in building. He is proud of his work and holds nothing back in that pride, and it is a collective pride – "WE built that." He's proud of his company. He's proud of his co-workers. But in the same manner if he makes a mistake he owns up to it immediately and undeniably – no excuses. Mistakes make him human, but his accountability makes him Jim Abadie. And he's also no stranger to the act of taking responsibility for things he's not directly responsible for. That's because he's an instinctual leader. He leads, he takes responsibility, and he doesn't waver, doesn't seek to blame or ask "what if?" He steps up, takes responsibility and immediately contemplates how he can recover from a mistake and make it right.

Jim quite simply is filled with an overwhelming thoughtfulness and consideration of the needs of others. He is adept at recognizing these needs and responding to them any way he can. I was filled with such pride when I watched in awe as Jim rose to a position of leadership in his city's darkest hour. This was a tragedy of such an unfathomable proportions, that I couldn't think of a better person to be placed in a role of overseeing such a difficult human challenge. This job took a lot out of Jim and his family, but he approached it in the same selfless way he approached every other challenge in his life. He stepped into it, gave it EVERYTHING he had and when asked, gave it more. Again, I found myself the personal benefactor of his seemingly infinite generosity when I asked if I could tour the ground zero site as part of a report I was doing with the University I am employed with. He spared no effort to include me in an official tour of the site and spend time with me, personally introducing me to his fellow workers and other officials

involved in the cleanup. He may be very important, but he never considers himself too important to take the time to help others.

And the part about Jim that you can always count on is…that he can always be counted on. He is steadfast in his commitment to work, family, friends and humankind. He will always be there for you – if you are a family member in need or a stranger on the roadside with a flat tire. Jim is the one that will stop to help you, that good Samaritan we need to believe is still out there patrolling the avenues of misfortune. When it was time for me to go at our last family gathering, I put my arm around Jim and told him in so many clumsy words that after all he had done for me over the years, I felt powerless step in and help him for a change. Here was Jim, needing me now and what could I possibly do to help him? He proceeded to put his arm around me and tell me how fortunate he was. He didn't have anything to regret, deny or run away from. He had his beautiful and amazing wife who he loved to the ends of the Earth, his three beautiful sons who he could not be more proud of. No matter what challenges he faced, he was blessed. Even in the toughest of circumstances, Jim's spirit was steadfast and optimistic – always thinking of the good that people are capable of.

Jim isn't one of those kinds of one-dimensional workers who is blinded by his responsibilities and efforts. Jim is an exceptionally interesting and genuinely fun person to be around. He has always demonstrated in his work his personal adage of, "Why do it if you can't have fun?" And this spirit is contagious. His boys each have it. I watched him teach it to Jason, Andrew and Timothy as they grew up. I watch the people he works with conduct themselves in the same way. People smile when they are with Jim—his lightheartedness is infectious, and it's also productive. Jim gets things done, and he gets them as good or better than *the very best* in the business. It's one thing to accomplish the great works Jim has accomplished in his incredible career, but it is equally impressive have fun doing it.

Jim loves, absolutely loves building beautiful, mighty and lasting structures. But he doesn't love it in what one might call a technical way. He loves it in a spiritual way, like

a firefighter loves to save people. He sees his work as a way of making the world better. He loves it that way. And he loves the people he builds with, like his own family – which is no small entity, in the life of Jim Abadie. He will go to the ends of the earth for them. In the simplest of terms, he gives himself completely to the things he loves. In the early 90's, well before the contemporary age of the tattoo, I stood in awe as Jim revealed the elegantly small and beautiful symbol on top of his arm near the shoulder. It was a tree with three leaves – representing each of his sons. Though I am no fan of tattoos, particularly the idea of defacing God-given substance, not to mention the superficial reasons why people get them. But in the case of the symbol on Jim Abadie's arm, Jim got a tattoo to show the world how much he loves his family. He literally gave himself to the things he loved. Lucky for us all, he loves so very, very much.

I trust you can see by my account and the account of so many others, that good, decent, sincere character doesn't come any better than Jim's. And the world would no doubt be a much better place if we were all even a little more like Jim Abadie.


Respectfully,

Michael S. Schoonmaker, Ph.D.
Chairman: Television-Radio-Film Department
Syracuse University

Catherine R. Sellinger, M.D.
353 Foch Blvd. Mineola, NY 11501
September 28, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross

Upon cleaning out my house and going through some old letters, I recently came across a Christmas letter from Jim's' wife Bonnie. The letter is from Christmas 2001, the year of the September 11 attacks. She included a paragraph about how the attacks affected their family, especially Jim. Immediately after the second tower was struck, Jim dropped everything and rushed to the site. He didn't come home for eight days. When he did come back home, he stayed for only two days before returning back to the site. He lived like that for months; splitting his time between overseeing the cleanup operation at ground zero, and living at home with his family. This exemplifies the kind of man I have known Jim to be. When he sees a need, he does whatever he can to meet it. Even if it means sacrificing his time or energy (I have attached and highlighted a copy of the original letter).

Just last year, my 17 year old nephew Sean (my brother's son), had an abscess by the base of the skull. The location of the abscess was very concerning and my brother has been in a tight financial situation for the past few years. When Jim heard about the news, he immediately called my brother and told him he was willing to fly Sean out to New York and cover the cost to get him the best care he could possibly receive. Thankfully, the doctors in California were able to take care of the situation (with two operations) and my nephew is healthy. However, I know Jim wouldn't have hesitated for a second to fulfill his offer. Jim was willing to go out of his way and pay whatever the cost to make sure his friend's family was well taken care of.

I will provide you with one more example of Jim's character, which I will always remember. When my daughter Emily was eight years old, we were at Lake George with Jim's family and my siblings. My daughter was down by the lake with her cousins (under the "watchful" eye of my brother). Emily, who had just learned to Kayak, decided to attempt kayaking across the entire lake. She was unaware of the distance, or the fact that she was not supposed to pass a certain point because of motor boats. When I realized my Emily was missing, I was reasonably concerned. After coming up empty handed after over an hour of searching, I went into full out panic mode. Without skipping a beat, Jim jumped in his boat and went out searching for Emily on the lake. He managed to be a calming presence for everyone and kept searching, even when I was close to giving up hope. Eventually he found her in her kayak, hidden behind a small island, way out on the lake. Once again, when Jim sees a need, he meets it.

Overall, throughout the fifty-some years I have known Jim, he has always been a man of compassion, generosity, and simply the kind of friend everyone wishes to have in their life. He's the kind

of friend who's willing to give his time, money, or whatever it takes to make sure your needs are met. I'm blessed to call Jim my friend and to know his lovely family.

Respectfully,

Catherine R. Sellinger, M.D.

  

Christmas 2001

Merry Christmas dear family and friends:

Please forgive me for not getting out any cards last year. I feel I'm still working on last years Christmas. I guess I've fallen behind. Nothing new for me though, my middle name should have been "better late than never".

Our family is all fine and healthy, thank you God. Jason is now 16 and has his driving liscense.... I don't think I need to elaborate any further. Andrew is a freshmen and is 14 years old, playing basketball and doing very well in school. Timmy is in 6th grade, 11 years old and wants to start playing football next year. I'm still a stay at home mom turning more grey than need be. We thought Jim worked a lot of hours last year, well this year, especially after 9/11 attacks, he's wearing a name tag when he comes home. Odie is still alive and kicking. He will be 11 this month. He goes everywhere with us. No arrests as of late, he's getting older now and has calmed down. His breath is pretty bad though, haha but it's better than no breath at all.

It seems to me that most of all the Christmas letters this year are filled with compassion towards our fellow Americans regarding the 9/11 attacks. I think it's good that we are all sharing and uniting with each other. That's what makes our country so great. I know that when the first plane struck, believing it was an accident, I phoned Jim immediately to be sure he was alright. Then when the 2nd plane struck, like all of us, I went into shock and was filled with absolute fear. Jim said he was talking on the phone with a co-worker that was 2 blocks away from the tower when the 2nd plane hit and the guy could "feel" the plane swoosh overhead. He screamed to Jim, "I gotta go, I can't see, there's so much smoke". Jim is on the emergency task force in Manhatten. He immediately went down to the site just after the 2nd tower fell to the ground. He stayed at ground zero for an entire 8 days before coming home. All the guys worked until they dropped. He came home for 2 days and then went back down again. It's been like this for him since 9/11. I'm so proud of him. To this date, he is still overseeing most of the clean up operation. Jason went down with Jim in October. He has his own WTC pass, hardhat, and gas mask. He said, as everyone who has seen it live, t.v. doesn't do it like real life. It's so devastating with the smell of smoke, ashes and soot everywhere, the skeleton of the tower, firefighters everywhere, it was just so real and really hits home. Jim has seen things that no human being should witness, as all the heros of ground zero have seen. What a wake up call to the evil in the world but at the same time it's a beautiful awakening of how much love and compassion that is in the world also. We hope to never have to use Jason's gas mask again. We now keep it on a hook in our bathroom for other forces of nature.

We have been loving our cabin even more. Last Christmas we bought a hot tub. We have sat in that sucker in snow storms, 2 below zero weather, and having a ball. We even saw a bear this past summer eating out of the deer food dish we keep out back by the pond. It was awesome. There we sat in the hot tub feeling pretty darn content and all of a sudden there was this bear.... about 75 feet from us. Talk about thinking the jets became a little more powerful than they should be.......hahaha. We take lots of walks, hike around N. South Lake and just enjoy the quiet of the catskills. Jason and Andrew and Jim have season passes to ski Hunter Mt. I do ski, but not the steep slopes. I like to be in control of my life thank you very much so I just ski the less challenging trails. We bought a used snowmobile to check out this winter. So far we were able to drive it one day. What a blast! Now that's where I like a challenge. I love it, and let it rip. Thank you God that we are able to have a place to get away. It is so fantastic and the best thing we ever did. Our little cabin in the woods, our little peace of heaven on earth.

We hope this Christmas finds all of you, our loved ones, well and happy. We need to thank God each day we live for our family, friends and health. Have a wonderful Christmas and may God bless you.



Merry Christmas
Love,
Bonnie

Jim

Jason

Suzanne G. Smith
6893 Thomas Drive
Liverpool, New York 13088
October 4, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Dear Judge Ross,

James Abadie was introduced to our family about thirty-five years ago. He is married to my niece Bonnie Hodge Abadie daughter of my late sister Barbara Goettel Hodge.

Jim was readily accepted into the family despite my sisters attempts to be the proverbial mother-in-law. On his quiet patient manner he soon won her over, which was no small fete! She became his champion. They became friends.

Bonnie and Jim added three boys to the family.

Bonnie's mother was in ill health and since they did not live close to Syracuse Jim would travel to Syracuse as often as he could. When he could not take time he sent Bonnie and the boys to visit. He was well aware of how much Barb loved her grandchildren.

Jim is devoted to his own mother. He is a steady and responsible family man.

On the final months of my sisters life the Abadies spent a great deal of time with her

at the cottage on the St. Lawrence River. Her favorite place. Then again at home in Syracuse. Jim made sure Bonnie would be with her mother near the end.

James Abadie is a dedicated professional recognized for his devotion to his job as witnessed by virtue of his accomplishments and many awards. He is a caring human being faithful in his commitment as a contributing member of society.

I am the senior member of our family and I am proud of James Abadie and prouder still to call him family.

Respectfully,
Suzanne G. Smith
(Mrs. J. Gordon Smith)

Andrew Solimine
1111 Ranch Conejo STE205
Newbury Park, Ca 91320
October 27, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

Re: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross,

I was hired at Bovis by Jim Abadie in 1992 and worked for him until 2005. When I first began working for Jim, I was relatively new to the industry, but I had ambitious goals and a strong desire to learn and excel. Unlike many other employers would, Jim recognized this in me and, almost immediately, he afforded me fair opportunities to learn and prove myself as I grew within the company.

In construction, quality, safety, and integrity are of the utmost importance. I went to work every day with the personal goal to meet or exceed the expectations I knew Jim had set for himself...never to cut corners, to use good judgment, to be fair, to be honest and always strive to be the best at whatever you do. Even as Jim was elevated within the company, he always made himself available to mentor me during and after my employment. Jim always conducted himself with the utmost of integrity and honor, and passed this along to me through his own example.

Jim has always been and still remains one of the few people I have encountered in my entire professional career who I have modeled myself after and continue to hold in the highest regard. Through my relationship with him, I have learned many of the business practices and principles I utilize today in owning my own businesses.

I know that had I not been challenged to be the kind of man Jim Abadie is, I would not be where I am today. I am very grateful for the opportunity to work for Jim and consider him a dear friend. I would be a lesser man had he not touched my life.

Thank you for taking the time to read my letter of support for Jim. Please consider my personal experience when deliberating Jim's sentence and allow Jim to positively affect other people's lives in the future as he has affected mine.

Respectfully,

Andrew Solimie

Thomas Solomon
13 Orchard Street
Milburn, New Jersey 07041

July 10, 2012

Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East - Room 915S
Brooklyn, NY 11201-1818

RE: United States v. James Abadie
Case no. 12-274 (ARR)

Dear Judge Ross:

I write on behalf of my boss and friend James Abadie who introduced me to the construction business back in 2005 when he hired me as an executive assistant, in charge of running his very busy office at Bovis Lend Lease.

From that initial meeting and our subsequent employment together, I have come to greatly admire and respect Jim Abadie not only for the high professional standards he exhibits as a construction executive, but also as a respectful family man, friend and mentor, whose sound guidance has helped me in many areas of my professional and personal life.

I was always impressed with the high standard of integrity he brought to the construction industry, his commitment to safety on all job sites, his zero tolerance for workplace accidents, his promise to complete jobs on time and within budget, his honesty in every aspect of the business, his unique ability to mediate between developers, union reps and subcontractors to insure that the common goals of all were met and finally, his almost uncanny ability to bring out the very best in others, myself included.

One example of the many I witnessed comes to mind.

Soon after being hired I became aware of a certain employee who was on deck to be terminated because the particular job he was working on was ending and there were no other openings on other jobs for him. This was an unskilled worker with a wife and two young children who was facing the prospect of unemployment. Jim Abadie, through his many contacts in the industry was able to secure employment for this individual at another construction company just as this employee's work on a current Bovis Lend Lease job was ending.

Quite frankly, I had never witnessed in my thirty years of employment an executive at the level of Jim Abadie who cared, much less helped a rank and file employee, many, many grades below him, but that, as I came to learn is the character of Jim Abadie. He did everything in his power to always help those who worked for him, ALL those who worked for him.

Sincerely,

Thomas Solomon

Edward R. Trudeau
9442 Pendergast Rd.
Phoenix, N.Y. 13135
August 24, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Court House
225 Cadman Plaza East
Room 915S
Brooklyn, New York- 11201-1818

RE: United States v. James Abadie
Case No. 12-24 (ARR)

Dear Judge Ross,

I am a distant relative of James Abadie. (He married my niece)

I have known Jim ever since he was a young man going to Engineering school at Syracuse University. Jim has always been an individual dedicated to "Getting the job Done". He is a dedicated family man who has assisted his wife's family physically, spiritually and financially through many of their "Numerous Rough Times".

I believe Jim's motivation was never one of Financial Gain. The enormity of the World Trade Center Disaster, and the desire to "get the job done", were his only motivations. The records show that he received high praise for the manner in which he responded to this calamity.

I hope this letter helps you understand James Abadie, the man.

Respectfully,

*Edward R. Trudeau*

Frank Voci
35 East 38th Street, Apt. 7G
New York, NY 10016
June 27, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

Re: United States v. James Abadie
Case No. 12-274 (ARR)

Dear Judge Ross:

As a result of my involvement in the construction of the National September 11 Memorial and Museum at the World Trade Center site, I was recently asked to give a presentation on our company's involvement in the project from start to finish. Of significance in the presentation, was my recital of Jim Abadie's courageous efforts that took place on September 11, 2001 when he first arrived on site and continued working until completion of the recovery process on May 25, 2002. Jim was one of the first responders who, on that tragic day, learning of the collapse of the twin towers immediately traveled to the site, never waiving in his anxiety that he had to find the fastest way to Ground Zero. On arrival and without any hesitation whatsoever he immediately participated in directing the recovery efforts in any way that was humanely possible, without any concern for his own personal safety. In the endless days that followed, he put his family obligations on hold so that he could assist and ultimately led the recovery effort during the darkest days in our city's history. From September 2, 2001 until completion on May 25, 2002, Jim played a key role in leading this monumental recovery effort by directing the activities of all the recovery contractors who mobilized on site in removing 1.4 million tons of debris. This unimaginable achievement was largely due to Jim's tireless efforts in directing critical aspects of the recovery activities working whatever time it took and in many instances around the clock with little or no sleep. His heroic efforts were documented in several publications resulting in his being recognized throughout the construction industry and news media as an individual who without question, by his actions portrayed the American spirit by demonstrating his strong moral character, commitment and compassion for which there wasn't any personal gain. This action by Jim was not what he was told to do, but rather what he strongly believed was his duty as a caring compassionate human being on helping others in time of need.

Following the completion of the recovery program at ground zero, I worked closely with Jim in demonstrating to key Memorial senior staff that because of Jims' passion in leading the recovery efforts that we were best suited to be retained in the rebuilding process at ground zero. Fortunately we were ultimately selected to build the National September 11 Memorial, a place where family members could remember their loved ones while respecting the scared site and all those who survived.

While the above relates to just a single experience in working with Jim at the National September 11 Memorial Project , there are countless other illustrations that I can elaborate on in exemplifying his commendable character and the positive effect that he had with all those whose lives he has touched. This attribute covers a broad range of personnel whether it is was an individual just starting out with their careers looking for guidance or an individual who may have been challenged by a client on a technical issue or other project related matters. In all instances no matter what the issue or circumstance, Jim could be counted upon to insert himself and instill the level of confidence necessary to demonstrate to those individuals that a senior executive no matter how busy would find the time to genuinely respond to their individual needs.

In addition, it is important to pause and reflect on Jim's passion for safety which was of paramount importance to him, simply because he cared about everyone's safety, wanting to make sure that every worker got home in the same condition that they arrived when reporting to work at the start of the day. Jim took a personal interest in everyone's safety to the extent that he elaborated on its importance not only to senior managers but to all of tradesman on each and every project that we had under construction. To put this another way, is to recognize that all of Lend Lease's clients had a sense of comfort knowing that Jim was involved in their project because of his passion for safety and his integrity in amicably resolving any and all issues that could arise during the construction of their respective projects. They were all acutely aware that Jim was honest, fair and above all an individual who had a strong moral character that they could deal with on a fair and equitable basis. *As one client stated "If I had to pick a brother, without question, it would be Jim Abadie"*. From a personal perspective I soundly echo this remark.

Respectfully,



Mary Warburton
3531 Taft Street
Wantagh, New York 11793
July 5, 2012

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 9155
Brooklyn, New York 11201-1818

RE:  United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross:

As you know the federal government is fighting against corruption and illegal
practices in the construction industry and has gathered facts leading to James Abadie's
guilty plea. Simultaneously, there is a city full of facts that speak to Jim Abadie's work
ethic and integrity. And there are many truths to Jim Abadie's story that letters of
support from people who work with him testify to.  As his sister, Mary, working in the
industry witnessing Jim working and being honored, I know that his extraordinary
energy, management skills, and generosity of spirit enabled his rise to the top using
union labor to build skyscrapers in the midst of New York City.

In the time period of the federal overbilling investigation, the New York office of
Bovis Lend Lease was awarded and built so many prestigious projects because people
trusted Jim and his team and knew Bovis delivered an excellent product, including The
National 9-11 Memorial.  In the July 2007 issue of McGraw Hill's New York
Construction Magazine picturing Jim and then CEO Peter Machetta on the cover, Bovis
was the number one construction management firm in the New York region, just one
month prior to the Deutche Bank fire, a devastating human tragedy in a complex, toxic
project.

The irony of becoming a felon after spending over twenty-five years in a high-risk
industry, being known for his dedication to improving the safety and ethics of the
industry, risking his life during union  investigations and union negotiations, integral  in
the clean up Ground Zero, working while receiving radiation for cancer diagnosed a few
years after 9-11, supportive of union construction workers--the ones who are still risking
their lives to rebuild ground zero--the sheer irony would have twisted a different man.
And as soon as his guilty plea was entered, the press went into action.  By the next day
one was left with the impression that James Abadie embodied corporate greed and that

New Yorkers were ripped off on three different levels. How could such a hardworking, generous man hold on?

James Abadie is not a superman devoid of human failings. He is just a man whose favorite saying is Life is Good. Each year Jim and his wife Bonnie host Thanksgiving at the Cabin and our family watches *It's a Wonderful Life* while the turkey is roasting. He thrives on work and appreciates those who work with him. Jim will continue to use his gifts to support his family and coworkers at home, in the construction industry or wherever because it is hard to suppress a happy, humble man despite how he was slammed in the media.

My brother Jimmy is an intrinsically positive person who has painfully learned legal lessons, and has been penalized prior to sentencing by having to resign positions he earned and loved, receiving no severance and separation packages so prevalent in executive positions, who now fully comprehends that the wrong method, an industry practice he did not institute, was used to compensate and retain motivational union labor foremen, and has with tremendous suffering, pled guilty. Being present at that time, I can attest to the magnitude and consequence of that plea. Felon for life, out on bail, awaiting sentencing.

Jim is a construction manager who can use his skills to help accelerate the recovery of New York construction with the best labor he can legally attract and influence the ethical and fair evolution of construction labor, if he is at liberty to do so. One World Trade will be the tallest building in New York City by the time Jim hears his sentence . Please consider how well he worked with others in restoring and building an ever-changing, always great city. Magnus est veritas if the whole truth can be weighed. We hope for mercy. Thank you.

Sincerely,

*Mary Abadie Warburton*

Mary Abadie Warburton

# A.J. McNULTY & CO., INC.



53-20 44TH Street, Maspeth, N.Y. 11378      Tel: (718) 784-1655      Fax: (718) 785-3889

July 6, 2012

Hon. Allyne R. Ross
United States District Judge, EDNY
U. S. Courthouse, Room 9155
225 Cadman Plaza East
Brooklyn, NY 11201-1818                Re:      United States v. James Abadie
                                                Case No. 12-274 (ARR)

Dear Judge Ross:

I am writing to express my abiding respect and admiration for James Abadie, and in so doing assist the court in evaluating his sentence in the above matter.

My company is a steel and precast erection subcontractor that has been conducting business in the Metropolitan New York area for almost 80 years. I met Jim Abadie almost 30 years ago when we were constructing the precast concrete façade of the Marriott Marquis Hotel on Times Square. Jim was an Assistant Super for Morse Diesel, the construction manager for the project, and the liason for our operations. He quickly developed a close working relationship with our field supervisors and we were able to rely on his word in scheduling our operations and resolving the many issues that regularly crop up in the field. Even in these early days of his career, Jim demonstrated a sense of responsibility and trustworthyness that has made us and most other contractors in the industry comfortable dealing with him and honored to do work for him. I could sense from this initial job experience at the Marriott that Jim had a bright future in our industry. He did not disappoint.

Over the years, my company has successfully performed numerous jobs for Bovis Lend Lease and its predecessor, Lehrer McGovern, during Jim's tenure as a top executive at the company. Jim has always appeared to me as a role model for a construction manager. He represents his clients (owners and developers) with passion and commitment, while at the same time keeping an open mind to the interests of his subcontractors. Moreover as a Board Member of the Building Trades Employers Association (and as Chairman during the 90's) I have had the opportunity to interface with Jim on a regular basis. I'm also aware of the selfless and dedicated role he played during the cleanup operations at the World Trade Center following 9/11.

There are very few individuals I know in the construction field who have distinguished themselves as industry leaders and persons of unquestioned integrity. Jim Abadie, in my view, is certainly one of them.

Very truly yours,

Lawrence Weiss, President



STRUCTURAL STEEL & PRECAST CONCRETE
CONSTRUCTION

Mary Ann Wilson
wilson.maryannryan@gmail.com
3601 Connecticut Ave NW
Apt 302
Washington, DC 20008

Hon. Allyne R. Ross
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, New York 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross

I'm writing this letter in support of Jim Abadie, who has been a close and personal friend of mine since childhood. Jim and I were raised as extended family members, commonly sharing meals, holiday vacations, life challenges and celebrations together for more than half a century. Hence, I can personally testify to Jim's personal character, strong work ethic and dedication to his family.

Jim was raised in a modest home by two extraordinarily loving parents who continuously emphasized the value of education, citizenship and hard work to their children. The Abadies enjoyed the simple pleasures of being a family, which included Sunday drives or weekend trips to the upstate for hiking, camping, and apple picking adventures. As a tag along for many of these excursions I remember being impressed with how even at a young age, Jimmy appreciated the sacrifices his parents made for him. Later as an adult, I saw how he tried to model the best of his own childhood experiences for his own family. When speaking with him today he frequently shares stories about recent family trips to the upstate, and how he and his wife Bonnie have strived to impart similar values and experiences upon their own children.

As a young man, Jim was always known as a "take charge" type of person. He impressed those that knew him for his ability to work hard, and how he could be relied upon see a project through to completion. When his father passed away while working his way through college, it was not surprising that he quickly stepped up and looked after his mother, tackling all the big household projects and repairs. While Jim's strong work ethic and relentless drive to get things done have enabled him to accomplish many great things over his career, what I have always admired most about him is that he has remained a modest man who cherishes his wife and children above all else. Jim bares a small tattoo on his arm of a bird flying with three smaller birds in trail. When I asked him about its significance, he merely stated "It's what I live for. The large bird is Bonnie, and the smaller ones are Jason, Andrew and Timmy. They are my world."

As a hospice nurse for the last 20 years, I am often called upon to assist with many of the more serious illnesses within both our families. During these challenging times, Jim is typically one of the first family members to reach out and offer his support. His caring nature and sense of humor has been instrumental in helping raise the spirits of those in need. Having known Jim since my childhood, I can attest that he is a good man.

Sincerely,

*Mary Ann Wilson*

Mary Ann Wilson

Geoffrey M. Witheford

15 Fiske Road

Wellesley, MA 02481

July 13, 2012

Hon. Allyne R. Ross

United States District Judge

Eastern District of New York

United States Courthouse

225 Cadman Plaza East

Room 915S

Brooklyn, New York 11201-1818

RE: United States v. James Abadie

Case No. 12-274 (ARR)

Dear Judge Ross,

I have been fortunate to have known Jim Abadie for over 30 years. I was lucky to have him as my supervisor on my first job out of college. Jim took extra time to train me but I mostly learned from following his example. Jim is the most honest, caring, hard working person I have ever worked with. In addition there is not an ounce of self promotion in Jim; he is very humble and team oriented.

On all the projects I had the pleasure of working with Jim he was respected by all - from the workers, to the architects and to the owners. Jim always told the truth, worked at finding solutions rather than finding blame and always gave credit to others. Everybody wanted to work with Jim on their next project.

Jim and I quickly became friends outside of work also. The way Jim leads his life as a devoted father and husband really gave me a great example on which to base my life. Jim really cares about all people. I have seen him on numerous times help a friend in need or someone less fortunate.

Jim has been the most significant influence in my life both professionally and personally. I would not have gone far in my career if I did not use the examples that Jim has taught me – tell the truth, find solutions and help out those who need it. Jim also taught me the insignificance of personal gain. Jim is happy when the people around him are happy.

An example of these attributes was the work Jim did leading the rescue and eventually the clean- up at the World Trade Center. Upon the event, Jim immediately went to action, offered his services, slept on a desk for almost two weeks, used all his contacts and relationships from 20 successful years to coordinate the work, and quickly and quietly became the person in charge – all because he just wanted to help out.

Respectfully,

Geoffrey Witheford

# ▤CAGNY™
## Vision • Ethics • Value

Cauldwell Wingate Company, LLC • Cavanagh/Stewart International, Inc. • Lend Lease (US) Construction LMB Inc.
Plaza Construction Corporation • Turner Construction Company

Richard Wood
*Chairman*

Susan L. Hayes
*President*

John A. Cavanagh
*Vice President*

Pat A. Di Filippo
*First Vice President*

Ralph J. Esposito
*Second Vice President*

Don DeNardo
*Secretary*

Peter J. Davoren
*Treasurer*

Raymond G. McGuire
*Managing Director*

Dawn M. Zanichelli
*Assistant Managing
Director*

John A. Cavanagh
*Chairman Emeritus*

Kauff McGuire &
Margolis LLP
*General Counsel*

October 23, 2012

Hon. Allyne R. Ross
United STates District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Room 915S
Brooklyn, NY 11201-1818

Re:   United States v. James Abadie
      KM&M File No. Case No. 12-274 (ARR)

Dear Judge Ross:

Seventeen years ago I began working for an attorney who is general counsel to an association of high rise construction contractors; one of the main functions of this association is to bargain with various trade unions for collective bargaining agreements. The name of the association is the Contractors' Association of Greater New York or "CAGNY" as it is known in the industry.

Although already an established association, in 1995 it was still only a "shell" of an association with no employees and run by the general counsel's law firm. Around the same time that I started working for my boss, a new generation of member-company representatives was elected to the CAGNY Board of Directors, among them Jim Abadie. Jim Abadie was a "rising star" at CAGNY member (as it was then known) Lehrer McGovern Bovis, and in the New York City construction industry in general. Within a very short time, there were many positive changes to CAGNY, including the election of Jim as the Chairman, and dedicated employees hired to run the association on a day-to-day basis. I was hired full time by CAGNY as the assistant managing director.

Through Jim's leadership and guidance, he branded and steered CAGNY to be a driving force in the New York City construction industry. He took CAGNY to another level, and today it is a well-respected industry association which continues to thrive largely because of Jim's efforts.

I have had the privilege over the years of observing and experiencing firsthand the many facets of Jim Abadie's character: husband,

4823-4438-6832.1


father, brother, son, uncle, boss, colleague, leader, humanitarian, friend. I have been with Jim and his wife, Bonnie, on a number of occasions and am always pleasantly reminded of how strong their bond is when I see the mutual love and respect they have for each other, even after 30 plus years of marriage. I have been in a number of meetings or negotiation sessions with Jim, sometimes at critical moments, when he would ask for a short break because one of his children was calling him just to say hello or to tell him about their day. I watched Jim be there for his sister when she was going through a particularly painful divorce, or talk lovingly about his other sister who was a trauma nurse in Massachusetts, or proudly of his brother who lives in Viet Nam. I have seen Jim interact with his nieces and nephews and be there for them even with filling out college applications.

I see the devotion and caring and love Jim has for his 88 year old mother; not only making sure that her affairs are in order, but more importantly calling her and visiting her and having her visit him and his family at their home.

I personally saw the great admiration and respect bestowed upon Jim by his employees throughout the years. I was once on a Bovis company outing and watched the interactions between Jim and the Bovis employees; there was a great deal of admiration and respect for him as their boss, of course, but as an outsider observing these interactions, I could see that they genuinely just wanted to be with him and have conversations with him and share stories with him.

I have seen the respect and admiration the other CAGNY Board members have for Jim. Although these men and women are high level executives and their companies are fierce competitors essentially vying for the same work in the New York City construction industry, Jim would not hesitate to take a call from one of them and offer advice or suggestions whenever one of them had a question. I watched Jim become not only my boss's "go to" guy to ask construction-related questions, but also the other CAGNY members as well as other industry-related companies and associations. Jim is arguably the most knowledgeable man when it comes to building a high rise building in New York City.

There is no better example of Jim's leadership and humanitarianism than his efforts during the single worst act of terrorism our nation has ever experienced. On September 11, 2001, Jim Abadie called a meeting of the CAGNY members to discuss how their companies could assist in the initial search and recovery operation and deploy personnel for the subsequent clean-up. Jim literally spent months day and night down at



"Ground Zero" and was essentially the commander in chief of the clean-up effort on the part of the construction industry. He sacrificed countless hours with his family and personal life in his commitment to "get the job done." I personally witnessed his efforts down there day in and day out and saw the respect he commanded from everyone involved in the clean-up. The poise in which he accepted countless awards for his efforts was genuine, yet he never failed to recognize that it was not about him personally, but rather all that we lost and why it was so important as a nation to get this particular job done.

And finally, I have personally experienced his caring and friendship throughout the seventeen years that I have known Jim. Most memorably for me in March 2003, when I tragically lost my 37 year old brother, Marc, after he was shot and killed during an attempted robbery of the auto parts store he managed. As a high-level executive, Jim could have sent flowers or made a contribution to Marc's young family (Marc had a wife who suffers from Multiple Sclerosis and two young children ages 14 and 7 at the time), which he did; or Jim could have sent a personal note and sympathy card to me, which he also did. But Jim also took the time and came to Queens after a long day of work and sat with me for hours that evening consoling me and holding my hand. He had quite a long trip home to Westchester ahead of him, but he never left my side and just conveyed to me the sorrow he was feeling for me and my family. Jim has continued to take an interest not only in asking about my brother's family, but also in the 501(c)3 scholarship foundation we created in my brother's memory for college age students who have lost a parent due to a violent crime. He has contributed annually to our golf outings (our main source of funding), and has attended and participated in a number of these outings.

To say that Jim Abadie is an extraordinary human being who cares deeply about people is in my opinion an understatement. To call this extraordinary human being my friend is both an honor and a privilege. I hope Your Honor will take into consideration all the incredible things this man has done for his family, for his friends, for employees, for strangers, for society, for his country.

Thank you for your consideration.

Respectfully submitted,

Dawn Zanichelli