```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA,              SATISFACTION OF JUDGMENT

        -against-                      Criminal Docket
                                       No. CR-12-0274

                                       (Ross, J.)
JAMES ABADIE,
                   Defendant.

- - - - - - - - - - - - - - - - -X
```

       WHEREAS, a judgment was imposed against the defendant and in favor of the United States of America, in the above-captioned case, on November 20, 2012, in the amount of $175,100.00, that is, a fine in the amount of $175,000.00, and a special assessment in the amount of $100.00;

       WHEREAS, the judgment was entered on the docket sheet by the Clerk of the Court, on November 30, 2012; and

       WHEREAS, said judgment has been fully paid as to the defendant JAMES ABADIE;

2

THEREFORE, the Clerk of the Court is hereby authorized and requested to cancel, satisfy and discharge the same solely as to the defendant JAMES ABADIE.

Dated: Brooklyn, New York
       January 10, 2013

                                    LORETTA E. LYNCH
                                    United States Attorney
                                    Eastern District of New York
                                    271 Cadman Plaza East, 8th Fl.
                                    Brooklyn, New York 11201

                              By:  <u>s/ Mary M. Dickman</u>
                                    MARY M. DICKMAN
                                    Assistant U.S. Attorney
                                    (718)254-6022